IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

*IN RE:* **TERRORIST ATTACKS ON**     :     Civil Action No.
**SEPTEMBER 11, 2001**     :     03 MDL 1570 (GBD) (SN)
    :

*This document applies to:*

*Grazioso, et al. v. The Taliban, et al.*
1:22-cv-01188 (GBD) (SN)

## CERTIFICATE OF SERVICE

# EXHIBIT A

## PUBLIC NOTICE

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN and 1:22-CV-01188-GBD-SN, on August 23, 2022, Plaintiff Deborah Grazioso, as Personal Representative of the Estate of Timothy Grazioso, Deceased, and 246 other Plaintiffs, filed a Second Amended Complaint against the Islamic Emirate of Afghanistan, *a/k/a* the Taliban, and others in connection with the terrorist attacks in the United States on September 11, 2001.

Pursuant to, *inter alia*, 18 U.S.C § 2333, 28 U.S.C § 1331 and § 1332(a)(2) and the Torture Victim Protection Act of 1991, PL 102-256, 106 Stat. 73, the *Grazioso* Plaintiffs seek judgment in their favor against Defendants, jointly, severally, and/or individually, for compensatory and punitive damages in excess of One Billion US Dollars (US $1,000,000,000), plus pre- and post-judgment interest, attorney's fees, costs of this action and further appropriate relief.

This is a notice that the pleadings have been filed. The pleadings are available in English and Pashto at the following website: www.wigginschilds.com/grazioso.

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd, Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

*Grazioso v. Taliban - 1:22-cv-01188*
CERTIFICATE OF SERVICE

**EXHIBIT A**

EXHIBIT A

<div dir="rtl">

عامه خبرتیا

د نیویارک د جنوبي ولسوالۍ لپاره د متحده ایالاتو د ولسوالۍ محکمه کې، د قضیې شمېره 03-MD-1570-GBD-SN او 1:22-CV-01188-GBD-SN، د اگست په 23، 2022، مدعي دیبورا گرازیوسو، د تیموتي گرازیوسو د ملکیت د شخصي استازي په توگه، مړ شوی، او 246 نورو مدعیینو، د افغانستان اسلامي امارت، طالبانو او نورو خلاف متحده ایالات د سپټمبر په 11، 2001 کي تروریستي بریدونو په تړاو دوهم تعدیل شوی شکایت درج کړ.

د نورو شیانو سره سم، د 18 U.S.C § 2333, 28 U.S.C § 1331 او § 1332(a)(2)او د 1991 د شکنجه قربانیانو د ساتنې قانون، PL 102-256، PL 102-256, 106 Stat. 73، *Grazioso* مدعیان د مدافعینو خلاف د دوی په گټه قضاوت غواړي، په گډه، څو، او / یا په انفرادي توگه، د یو ملیارد امریکایي ډالرو (US $ 1,000,000,000) څخه زیات د جبران او مجازاتو تاوان لپاره، او د قضاوت څخه مخکي او وروسته سود، د څارنوال فیس او د دې عمل لگښتونه او نور مناسب مدد.

دا یو خبر دی چې غوښتنلیکونه ثبت شوي دي. درخواستونه په پښتو او انگلیسي ژبو په لاندې ویب پاڼه کي د شتون لري:  www.wigginschilds.com/grazioso

</div>

*Grazioso v. Taliban - 1:22-cv-01188*
CERTIFICATE OF SERVICE



# CERTIFICATION OF TRANSLATION

**Project number:** S-214169

**Name of files:** Translation from English to Pashto / Tom Mellon, III

**Job performed on:** 27-11-2022

**Translation from language:** English

**Translation into language:** Pashto

**Translation performed by:** Habib Habib

**Date of certification:** November 27, 2022

---

Universal Translation Services, a professional translation company, declares that the attached document(s) are stamped and signed by us and translated by qualified and professional translators, fluent in the above mentioned languages. In our best judgement, the translated text truly reflects the content, meaning and translation of the attached documents and / or copies that the client provide us with.

A validation procedure was performed by us, which confirms that the provided language translation is complete and accurate. The document hasn't been translated by a family member, friend or business associate.

By signing this Certification of Translation, Universal Translation Services declares that the translation is a true reflection of the source file(s). We do not guarantee that the original document is a genuine document or that the statements contained in the original document are true.

Universal Translation Services assumes no liability for the way the translation is used by the customer or any third party.

*[signature]*

A.H.J Huisman, Managing Director
Universal Translation Services



Corporate ATA Member number 260038
American Translators Association

*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

# EXHIBIT A

- Head Office USA:   Phone: 1-844-wetranslate | Address: 20801 Biscayne Blvd, Suite 403, Aventura, Florida 33180
- Office Spain: Phone: +34-951-406-81 | Address: Calle Buenos Aires 3, 35002, Las Palmas
- Office U.K.:  Phone: +44-20-3807-3275219 | Address: Kensington Street, Kensington W8 6bd, London
- Other US Offices: Commerce – San Francisco – Washington – Chicago – Boston – Las Vegas – Houston – Dallas – Seattle – Philadelphia

## PUBLIC NOTICE

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN and 1:22-CV-01188-GBD-SN, on August 23, 2022, Plaintiff Deborah Grazioso, as Personal Representative of the Estate of Timothy Grazioso, Deceased, and 246 other Plaintiffs, filed a Second Amended Complaint against the Islamic Emirate of Afghanistan, *a/k/a* the Taliban, and others in connection with the terrorist attacks in the United States on September 11, 2001.

Pursuant to, *inter alia*, 18 U.S.C § 2333, 28 U.S.C § 1331 and § 1332(a)(2) and the Torture Victim Protection Act of 1991, PL 102-256, 106 Stat. 73, the *Grazioso* Plaintiffs seek judgment in their favor against Defendants, jointly, severally, and/or individually, for compensatory and punitive damages in excess of One Billion US Dollars (US $1,000,000,000), plus pre- and post-judgment interest, attorney's fees, costs of this action and further appropriate relief.

This is a notice that the pleadings have been filed. The pleadings are available in English and Pashto at the following website: www.wigginschilds.com/grazioso.

*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

**EXHIBIT A**

UNIVERSAL TRANSLATION SERVICES
20801 Biscayne Blvd. Suite 403
Aventura FL 33180
www.universal-translation-services.com
info@universal-translation-services.com
Phone 844-938-7267

AHJ Huisman

<u>مذكرة عامة</u>

في محكمة الولايات المتحدة الجزائية للمنطقة الجنوبية من نيويورك، القضية رقم 03-MD-1570-GBD-SN و *CV-01188-GBD-SN-1:22*، في 2022/08/23، قدمت المدعية ديبورا غرازيوسو، بصفتها الممثلة الشخصية لتركة تيموثي غرازيوسو، المتوفاة، و246 مدعياً آخر، شكوى ثانية معدلة ضد إمارة أفغانستان الإسلامية، وهي طالبان، وغيرها فيما يتعلق بالهجمات الإرهابية التي وقعت في الولايات المتحدة في 2001/11/11.

عملا بجملة *أمور منها* الفقرات 2333 من الباب 18 من مدونة قوانين الولايات المتحدة، والمادة 1331 من الباب 28 من مدونة قوانين الولايات المتحدة، والمادة 1332(أ)(2)، وقانون حماية ضحايا التعذيب لعام 1991، PL 102-256، و106 Stat. 73، يلتمس المدعون في *غرازيوسو* حكما لصالحهم ضد المدعى عليهم، مجتمعين ومنفردين و/أو فرديين، عن تعويضات و/أو عقابية تتجاوز مليار دولار أمريكي (1,000,000,000 دولار أمريكي)، بالإضافة إلى الفائدة قبل وبعد الحكم، وأتعاب المحاماة، وتكاليف هذا الإجراء والمزيد من التعويضات المناسبة.

هذا إشعار بإيداع المرافعات.

المرافعات متاحة باللغتين الإنجليزية والباشتو على الموقع الإلكتروني التالي:

www.wigginschilds.com/grazioso.

*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

# EXHIBIT A





# CERTIFICATION OF TRANSLATION

**Project number:** S-214169

**Name of files:** Translation from English to Arabic / Tom Mellon, III

**Job performed on:** 27-11-2022

**Translation from language:** English

**Translation into language:** Arabic

**Translation performed by:** mohammed reala

**Date of certification:** November 27, 2022

---

Universal Translation Services, a professional translation company, declares that the attached document(s) are stamped and signed by us and translated by qualified and professional translators, fluent in the above mentioned languages. In our best judgement, the translated text truly reflects the content, meaning and translation of the attached documents and / or copies that the client provide us with.

A validation procedure was performed by us, which confirms that the provided language translation is complete and accurate. The document hasn't been translated by a family member, friend or business associate.

By signing this Certification of Translation, Universal Translation Services declares that the translation is a true reflection of the source file(s). We do not guarantee that the original document is a genuine document or that the statements contained in the original document are true.

Universal Translation Services assumes no liability for the way the translation is used by the customer or any third party.

*A.H.J Huisman, Managing Director*
*Universal Translation Services*

*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

**EXHIBIT A**

Corporate ATA Member number 260038



American Translators Association

- Head Office USA:   Phone: 1-844-wetranslate | Address: 20801 Biscayne Blvd, Suite 403, Aventura, Florida 33180
- Office Spain:   Phone: +34-951-406-81 | Address: Calle Buenos Aires 3, 35002, Las Palmas
- Office U.K.:   Phone: +44-20-3807-3275219 | Address: Kensington Street, Kensington W8 6bd, London
- Other US Offices: Commerce – San Francisco – Washington – Chicago – Boston – Las Vegas – Houston – Dallas – Seattle – Philadelphia