IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

*IN RE:* **TERRORIST ATTACKS ON**      :
**SEPTEMBER 11, 2001**                 :

                                  :

_____

*This document applies to:*

***Grazioso, et al. v. The Taliban, et al.***
1:22-cv-01188 (GBD) (SN)

## CERTIFICATE OF SERVICE

# EXHIBIT B

Civil Action No.
03 MDL 1570 (GBD) (SN)

*www.wigginschilds.com/grazioso*

**WIGGINS CHILDS**
PANTAZIS FISHER GOLDFARB

HOME    ABOUT    PRACTICE AREAS    ATTORNEYS    REFERRALS    NEWS    CONTACT

(205) 549-4565    info@wigginschilds.com    in  f

— GRAZIOSO V. TALIBAN —

**Public Notice**

In the United States District Court for the Southern District of New York; Case Nos. 03-MD-1570-GBD-SN and 1:22-CV-01188-GBD-SN, on August 23, 2022, Plaintiff Deborah Grazioso, as Personal Representative of the Estate of Timothy Grazioso, Deceased, and 246 other Plaintiffs, filed a Second Amended Complaint against the Islamic Emirate of Afghanistan, a/k/a the Taliban, and others in connection with the terrorist attacks in the United States on September 11, 2001.

Pursuant to, inter alia, 18 U.S.C § 2333, 28 U.S.C § 1331 and § 1332(a)(2) and the Torture Victim Protection Act of 1991, PL 102-256, 106 Stat. 73, the Grazioso Plaintiffs seek judgment in their favor against Defendants, jointly, severally, and/or individually, for compensatory and punitive damages in excess of One Billion US Dollars (US $1,000,000,000), plus pre- and post-judgment interest, attorney's fees, costs of this action and further appropriate relief.

2nd Amended Complaint and Summons (English)

شی خبري

په نیویارک کې د جنوبي ولسوالۍ په محکمه کې، د قضیې شمیرې 03-MD-1570-GBD-SN او 1:22-CV-01188-GBD-SN د 2022،23 اگست په 23 نیټه، مدعی دیبورا گرازیوسو، د تیموتی گرازیوسو د مړ شوي ملکیت شخصي استازی په توگه، او 246 نور مدعیان، د گرازیوسو د شخصي ملکیت په استازیتوب، د افغانستان اسلامي امارت، چې د طالبانو او نورو خلاف شده اړتیا سپتمبر په 2001، 11 کی تروریستی بریدونو

د 18 U.S.C § 2333، 28 U.S.C § 1331 او § 1332(a)(2) او PL 102-256، 106 Stat. 73 د 1991 Grazioso د تعویضي ضرب او جریمي ته ولاړ ده او د یو بیلیون امریکایی ډالر (US $1,000,000,000) څخه زیات د دې عمل کلکنزنام او نورو مناسبو

د یو نور دی چی فوشنلګرند ثبت شوی دی د دا نوټس په پښتو او انگلیسي ژبو

www.wigginschilds.com/grazioso

2nd Amended Complaint and Summons (Pashto)

إشعار عام

في محكمة الولايات المتحدة الجزائية للمنطقة الجنوبية من نيويورك؛ القضية رقم 03-MD-1570-GBD-SN و 1:22-CV-01188-GBD-SN بتاريخ 2022/08/23، قامت المدعية ديبورا گرازيوسو، بصفتها الممثلة الشخصية لتركة غرازيوسو الإسلامية، وغيرها مما يبلغ بالخصمات ال الإمارة الإسلامية، وهي طالبان، وغيرها فيما يتعلق بالهجمات الإرهابية التي وقعت في 2001/11/11

عملاً بجملة أمور، منها القرارات 2333 من الباب 18 من مدونة قوانين الولايات المتحدة، والمادة 1331 من الباب 28 من مدونة قوانين الولايات المتحدة (a)(2) و 1332،Stat. 73 106 وPL 102-256 1991 بالنسبة للمدعين صدر لصالح المدعين ضد المدعى عليهم مجتمعين ومنفردين، بالإضافة إلى التعويضات التكميلية والعقابية التي تتجاوز مليار دولار أمريكي، ($1,000,000,000) الأجور والرسوم من التعويضات المليون المتحدة وتكاليف هذا الإجراء والرسوم من التعويضات المناسبة

هذا الإشعار بتوفر المرافعات الإنجليزية والباشو على الموقع الإلكتروني الخاص.

This is a notice that the pleadings have been filed. The pleadings are available in English and Pashto.

BIRMINGHAM, AL
The Kress Building
301 19th Street North

WASHINGTON, D.C.
1211 Connecticut Ave. NW
Suite 420

DELAND, FL
Main Street Center,
101 North Woodland Blvd.

Click for Live Chat

*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

**EXHIBIT B**