IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

*IN RE:* **TERRORIST ATTACKS ON** : Civil Action No.
**SEPTEMBER 11, 2001** : 03 MDL 1570 (GBD) (SN)
 :

*This document applies to:*

*Grazioso, et al. v. The Taliban, et al.*
1:22-cv-01188 (GBD) (SN)

## CERTIFICATE OF SERVICE

# EXHIBIT C



AL-QUDS AL-ARABI

May 31st, 2023

DECLARATION OF PUBLICATION

I, Pat Sundram, am the Business Manager and Company Secretary of Al-Quds Al-Arabi, a daily Arabic-Language newspaper distributed in the Middle East, North Africa, Europe, and the United States of America.

I hereby certify that the Legal Notice, a true copy of which is attached hereto, was published in Al-Quds Al-Arabi on the following dates: - April 28th, May 5th, May 12th, and May 19th 2023

Also attached are true and correct copies of pages from Al-Quds Al-Arabi on those four dates, each of which shows the Legal Notice's placement on the bottom right-hand corner of the page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 31st, 2023.

PAT SUNDRAM FCCA
*Pat Snd*
BUSINESS MANAGER / COMPANY SECRETARY

AL-QUDS AL-ARABI
Suite B, 2nd Floor
26-28 Hammersmith Grove
London W6 7HA
Tel: 020 8741 8008 Fax: 020 8741 8902
VAT Reg No: 538 9427 04 Registered No 2604233
Web: www.alquds.co.uk

*Pat Snd*
31/5/2023

*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

# EXHIBIT C

AL- QUDS AL- ARABI PUBLISHING & ADVERSTISING (OVERSEAS) LIMITED
TEL: 0208 741 8008     FAX: 0208 741 8902     Email: alquds@alquds.co.uk     website: www.alquds.co.uk
ADDRESS SUITE B, 2ND FLOOR, 26-28 HAMMERSMITH GROVE, LONDON W6 7HA   REGISTERED NUMBER: 2604233   VAT REG NO: 538942704

مذكرة عامة

في محكمة الولايات المتحدة الجزائية للمنطقة الجنوبية من نيويورك، القضية رقم 03-MD 1570 -GBD-SN و1:22-GBD-SN-01188-CV، في 2022/08/23، قدمت المدعية ديبورا غرازيوسو، بصفتها الممثلة الشخصية لتركة تيموثي غرازيوسو، المتوفاة، و246 مدعياً آخر، شكوى ثانية معدلة ضد إمارة أفغانستان الإسلامية، وهي طالبان، وغيرها فيما يتعلق بالهجمات الإرهابية التي وقعت في الولايات المتحدة في 2001/11/11.

عملا بجملة أمور منها الفقرات 2333 من الباب 18 من مدونة قوانين الولايات المتحدة، والمادة 1331 من الباب 28 من مدونة قوانين الولايات المتحدة، والمادة 1332(أ)(2) وقانون حماية ضحايا التعذيب لعام 1991، 256-102 PL، وStat. 106 73، يلتمس المدعون في غرازيوسو حكما لصالحهم ضد المدعى عليهم، مجتمعين ومنفردين و/أو فرديين، عن تعويضات و/أو عقابية تتجاوز مليار دولار أمريكي (1.000.000.000 دولار أمريكي)، بالإضافة إلى الفائدة قبل وبعد الحكم، وأتعاب المحاماة، وتكاليف هذا الإجراء والمزيد من التعويضات المناسبة.

هذا إشعار بإيداع المرافعات.

المرافعات متاحة باللغتين الإنجليزية والباشتو على الموقع الإلكتروني التالي:

www.wigginschilds.com/grazioso

القدسُ العربي

AL-QUDS AL-ARABI
Suite B, 2nd Floor
26-28 Hammersmith Grove
London W6 7HA
Tel: 020 8741 8008 Fax: 020 8741 8902
VAT Reg No: 538 9427 04 Registered No: 2604233
Web: www.alquds.co.uk

*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

**EXHIBIT C**

Pat Smd
31/5/2023

« بابليون » نفط تلقي ساكو « دعماً أوروبياً »

# العراق: الصراع يتواصل بين حركة موالية لـ «الحشد» وبطريرك الكلدان

بغداد – «القدس العربي»:

يتواصل الصراع بين بابليون الموالية لـ«الحشد الشعبي»، بزعامة ريان الكلداني، وبطريرك الكلدان الكاثوليك في العراق والعالم لويس ساكو، في أن آخر، حصوله على دعم أوروبي، عبر وفد زاره قبل أيام، نفى الناطق باسم الوفد الروائية، موضحاً أن الوفد شدّد لدى ساكو على تشجيع المسيحيين بالحوار.

وقالت الحركة إنه توصّل برسمي، أمس الخميس، للبطريركية بيانا مكتوبا أنه تلقى دعما أوروبيا، وسرعان ما ناقلته بعض الصفحات غير الرسمية بشأن مبانٍ، مشيراً إلى «تطبيل»..

### الدعوة إلى حل المشاكل

وبيّنت أن «البطريرك تلقى وفداً جامعه بالنهضة والحوار وويتوسع لحل المشاكل مع المسيحيين ويدعو إلى حل المشاكل، تكر البيزيوغني سري، جاء في تصريح أن الزيارة تمثل قدر قلم الشكل السياسي نحو عموم كاتب قسم جزءاً من حركة بابليون، وكان الجسد المولى نيس لعموم ووبيناً لا تدعم البطريركية في تجارة المسيحيين».

وعدت «وسائل الإعلام» النقض الأخبار المسيحية وعدة المساعدة بإنذار البيلية»، مشيراً إلى «صفحات تنسب نفسها للكلكيات»، غير مصرح بها ولا تتبع أي من حركة بابليون، وكان المجلس الدولي نصر لعموم

وروت: «من أجل ذلك أن يرتفع صوت الوسائل الإعلامية للأشخاص القائمين على أنّ «دعم أوروبيا» لشرفٍ منهم السعيُ في الرياء، وحصر بتغريرها أباً الحقيقةَ الإعلام والإعلام وصفات.

«وعزوا لقاءاتها وجميع أعضاء مكاتبها السياسية والإعلامية والثقافية عدم الخوض والنشر والتفنيذ حول الموضوع، لعلّ الشاذة والكافة تنتشر على معرض سياقٍ» ومعوما بالدرجة الأولى حقوق شعبنا وترك النقاشية والتصوير «العراق مهمة تطبيلنا ليخلفها، فلا تنقص والتصوير لا يكون الشيء في حل البيان».

وقال في «السياق» لا يمكن بحال من الأحوال السماح لأي حركة كانت كانت في تطاول على مقام السيد البطريرك وسائر أبناء الكنيسة ومطليتها، في محاولة نثر اشاعات لا أساس لها من الصحة، وتعارضاً مع قيم سياقنا، ومنهجية من لها معاناته، ومنذ سبئون، من المكن أن يبلا في «العراق»

### صفات رسمية لها: «غانت أسس الخلاف»:

وزرت: «من ينجب أن ننزغ عن الوسائل الإعلامية والنظر بمهمتها نحو الناس ومصلحتهم أنه وفى رقّ بتوضحته، نعم روابط «اللمبية» (دعم أوروبي) لحرب منهم فى الزيارة، وحصر ببتغريرها إلى الحقيقة (التعمّد التربية) إعلام وأسماء وصفات.

وشدَّدُ في حديثٍ على تغيير أنه بشأن استهلاله نحو للمكران المسيحيين، واقع ذا دعا لـ(أخبار «الاساءة» إلى الكنائس ووبالرسميين)، وقال: إن رعم بابليون «أداء الإساءة» شبه الكنائس ورواء لاسميين».





*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

**EXHIBIT C**

Arab & International affairs
www.alquds.co.uk

2

القدس

*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

**EXHIBIT C**

31/5/23

Pat Brown