**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ***IN RE:* TERRORIST ATTACKS ON SEPTEMBER 11, 2001** | : : : | **Civil Action No. 03 MDL 1570 (GBD) (SN)** |

*This document applies to:*

***Grazioso, et al. v. The Taliban, et al.***
1:22-cv-01188 (GBD) (SN)

**CERTIFICATE OF SERVICE**

# EXHIBIT E

The New York Times

INTERNATIONAL EDITION

620 Eighth Ave, New York, NY 10018 USA

# PROOF OF PUBLICATION

May 4, 2023

I, Larnyce Tabron, am over the age of 18 years and a citizen of the United States. In my capacity as a Principal Clerk of the Publisher of The New York Times **INTERNATIONAL EDITION,** a daily newspaper printed in Paris, France and circulated in major cities in Europe, North Africa, the Middle East, Far East and the Americas. I hereby certify that the advertisement annexed hereto was published in the editions of The New York Times **INTERNATIONAL EDITION** on the following date or dates, to wit on

5/3/2023, INTL, pg A9

Larnyce Tabron

Digitally signed by John McGill
Date: 2023.05.04 11:46:55 -04'00'

**PUBLIC NOTICE**

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN and 1:22-CV-01188-GBD-SN, on August 23, 2022, Plaintiff Deborah Grazioso, as Personal Representative of the Estate of Timothy Grazioso, Deceased, and 246 other Plaintiffs, filed a Second Amended Complaint against the Islamic Emirate of Afghanistan, *a/k/a* the Taliban, and others in connection with the terrorist attacks in the United States on September 11, 2001.

Pursuant to, *inter alia*, 18 U.S.C § 2333, 28 U.S.C § 1331 and § 1332(a)(2) and the Torture Victim Protection Act of 1991, PL 102-256, 106 Stat. 73, the *Grazioso* Plaintiffs seek judgment in their favor against Defendants, jointly, severally, and/or individually, for compensatory and punitive damages in excess of One Billion US Dollars (US $1,000,000,000), plus pre- and post-judgment interest, attorney's fees, costs of this action and further appropriate relief.

This is a notice that the pleadings have been filed. The pleadings are available in English and Pashto at the following website: www.wigginschilds.com/grazioso.

*Grazioso v. Taliban - 1:22-cv-01188*
CERTIFICATE OF SERVICE

**EXHIBIT E.1.**

# Climate shocks force farmers to reinvent

CLIMATE, FROM PAGE 1

as ugali, in Uganda as posho (most likely derived from the portion of maize porridge doled out to prison inmates under colonial rule).

So Mr. Mponda, 26, grows maize. But he no longer counts on maize alone. The soil is degraded from decades of monoculture. The rains don't come on time. This year, fertilizer didn't either.

"We are forced to change," Mr. Mponda said. "Just sticking to one crop isn't beneficial."

The total acreage devoted to maize in Mchinji District, in central Malawi, has declined by an estimated 12 percent this year, compared with last year, according to the local agricultural office, mainly because of a shortage of chemical fertilizers.

Mr. Mponda is part of a local group called the Farmer Field Business School that runs experiments on a tiny plot of land. On one ridge, members of the group have sown two soy seedlings side by side. On the next, one. Some ridges they've treated with manure; others not. Two varieties of peanuts are being tested.

The goal: to see for themselves what works, what doesn't.

Mr. Mponda has been growing peanuts, a cash crop that's also good for the soil. This year, he planted soy. As for his one acre of maize, it gave him half a normal harvest.

Many of his neighbors are planting sweet potatoes. Similar farmer-led experiments have begun around Malawi.

Malawi has experienced recurrent droughts in some places, extreme rains in others, rising temperatures and four cyclones in three years.

As in the rest of sub-Saharan Africa, climate change has dampened agricultural productivity, with a recent World Bank study warning that climate shocks could shrink the region's already frail economy by 3 percent to 9 percent by 2030. Already, half its people live below the poverty line.

Eighty percent of them have no access to electricity. They don't own cars or motorcycles. Sub-Saharan Africans account for barely 3 percent of the planet-heating gases that have accumulated in the atmosphere.

That is to say, they bear little to no responsibility for the problem of climate change.

There's only so much small farmers in a small country can do, if the world's biggest climate polluters, led by the United States and China, fail to reduce their emissions.

"In some regions of the world it will become not possible to grow food, or to raise animals," said Rachel Bezner Kerr, a professor at Cornell University in Ithaca, N.Y., who has worked with Malawian farmers for over 20 years. "That's if we continue on our current trajectory."

PHOTOGRAPHS BY KHADIJA FARAH FOR THE NEW YORK TIMES

Malawi's production of maize, the main source of calories across the region, has been battered by droughts, cyclones, rising temperatures and erratic rains. Below, building a bin for maize in the village of Choumba, Malawi.

## THE HEIRLOOM SEEDS

At 74, Wackson Maona is old enough to recall that up north, where he lives, near the border of Tanzania, there used to be three short bursts of rain before the rainy season began. The first were known as the rains that wash away the ashes from fields cleared after the harvest.

Those rains are gone.

Now, the rains might start late or finish early. Or they might go on nonstop for months. The skies are a mystery now, which is why Mr. Maona takes extra care of the soil.

He refuses to buy anything. He plants seeds he saves. He feeds his soil with compost he makes under the shade of an old mango tree (he calls this his "office") and then manure from his goats, which helps to hold moisture in the soil.

His field looks like a chaos garden. Pigeon peas grow bushy under the corn, shielding the soil from heat. Pumpkin vines crawl on the ground. Soybean and cassava are sown together, as are bananas and beans. A climbing yam delivers year after year. He has tall trees in his field whose fallen leaves act as fertilizers. He has short trees whose flowers are natural pesticides.

"Everything is free," he says. It's the antithesis of industrial agriculture.

Planting several trees and crops on one patch of land often takes more time and labor. But it can also serve as a kind of insurance.

"The maize can fail. The cassava can do better. The sweet potato can do better," said Esther Lupafya, a nurse who used to work with malnourished children at a clinic nearby before switching her attention to helping farmers like Mr. Maona grow better food. "So you can eat something."

She has seen diets improve. Even after a battery of climate shocks — terrible drought in 2019, incessant rains this year — she has seen farmers keep trying. "They could have given up," Ms. Lupafya said. "They will not give up."

## DISASTER STRIKES

Down south, in a district called Balaka, Jafari Black did all the things.

When a heavy rain began washing the topsoil off the land a few years ago, he and his neighbors dug a new channel to let the water out. They planted vetiver and elephant grass to hold the riverbank in place.

Last November, Mr. Black spent good money on hybrid fast-yielding maize seeds. For good measure, alongside the maize, he planted some sorghum, too. Rain or no rain, sorghum usually did well.

But then, the rains refused to stop. His maize failed. Sorghum, too.

He rushed to plant sweet potato vines. Cyclone Freddy washed them away.

His field was now just mud and sand. A new stream ran through it, deep enough for children to wash clothes in.

Mr. Black stood in the mud one afternoon in late March and wondered aloud what more he could do. "I can't just sit idle."

All he had were sugar cane stalks saved from a previous harvest. So he put those in the ground.

## "WE HAVE HISTORY HERE"

The cyclone presented Ms. Chabvuta's own family with a painful decision.

The storm punched through the house her grandfather had built, the one her mother had grown up in, where Ms. Chabvuta had spent childhood holidays. It inundated the fields. It washed away six goats. It left her uncle, who lived there, devastated.

This hit hard because he was always the resilient one. When a previous cyclone knocked down one wall of the house, he pushed the family to rebuild. When he lost his cattle, he was undeterred. "He used to say 'We have history here,'" she recalled. "This year he was like, 'I'm done.'"

The family is now looking to buy land in a village farther away from the riverbank, shielded from the next storm, which they know is inevitable.

"We can't keep insisting we live there," Ms. Chabvuta said. "As much as we have all the treasured memories, it's time to let it go."

*Golden Matonga contributed reporting from Lilongwe, Malawi.*

"They could have given up. They will not give up."
ESTHER LUPAFYA

"We are forced to change."
ALEXANDER MPONDA

"Giving up means you don't have food."
CHIKONDI CHABVUTA

"Everything is free."
WACKSON MAONA

# Xi and Communist Party exert control over bankers

CHINA, FROM PAGE 8

dent of China Merchants Bank, whose shares trade in Shanghai and Hong Kong, has been under investigation since April 2022 on suspicion of insider trading and leaking insider information.

In February, Chinese prosecutors filed a case against Mr. Tian, accusing him of bribery, insider trading and the leaking of insider information. The prosecution also accused Mr. Tian of "abusing power for personal gain that caused particularly heavy losses to national interests." Wang Liang, president of China Merchants Bank, said in October that "Tian Huiyu's case is only a personal incident and has no direct relationship with CMB."

**BAO FAN, CHINA RENAISSANCE HOLDINGS**

China Renaissance Holdings made a stunning announcement on Feb. 16: It had been "unable to contact" Bao Fan, the firm's chairman and chief executive and a prominent investment banker in the technology sector. The company's stock price plunged after the disclosure.

Mr. Bao's disappearance sent a chilling message to the industry about the reach of Beijing's crackdown on the business elite. Chinese media reported that the authorities had taken him in to assist in an investigation of a former senior executive of his company.

The company issued a statement on Feb. 26 that Mr. Bao was "cooperating in an investigation" by the Chinese authorities. There has been no update from the company about Mr. Bao's whereabouts since then.

**JANUARY**

**ZHOU GAOXIONG, GUANGDONG RURAL CREDIT UNION**

Zhou Gaoxiong, a former party secretary and chairman of the Guangdong Rural Credit Union, was expelled from the party in January after being accused of serious duty violations and suspected bribery crimes. Mr. Zhou, who had retired three years earlier, was also forced to give up his pension benefits.

**"Disciplining finance is a potent way to keep elites in check."**

The move continued a crackdown on China's rural banks after a scandal in Henan Province last year when rural banks refused to let depositors withdraw their money, causing protests.

The authorities started the investigation of Mr. Zhou for alleged violations of discipline and law in November.

ADVERTISEMENT

**PUBLIC NOTICE**

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN and 1:22-CV-01188-GBD-SN, on August 23, 2022, Plaintiff Deborah Graziosо, as Personal Representative of the Estate of Timothy Grazioso, Deceased, and 246 other Plaintiffs, filed a Second Amended Complaint against the Islamic Emirate of Afghanistan, a/k/a the Taliban, and others in connection with the terrorist attacks in the United States on September 11, 2001.

Pursuant to, *inter alia*, 18 U.S.C § 2333, 28 U.S.C § 1331 and § 1332(a)(2) and the Torture Victim Protection Act of 1991, P.L. 102-256, 106 Stat. 73, the *Grazioso* Plaintiffs seek judgment in their favor against Defendants, jointly, severally, and/or individually, for compensatory and punitive damages in excess of One Billion US Dollars (US $1,000,000,000), plus pre- and post-judgment interest, attorney's fees, costs of this action and further appropriate relief.

This is a notice that the pleadings have been filed. The pleadings are available in English and Pashto at the following website: www.wigginschilds.com/grazioso.

**Print + digital, in one illuminating packa**

Subscribe to the International Edition and gain full digital access, free.

Save 66% for 3 months.

nytimes.com/subscribeinternational

**Information to identify the case:**

United States Bankruptcy Court for the District of Delaware

Date case filed for chapter 11: March 29, 2023

Official Form 309F1 (For Corporations or Partnerships)

**Notice of Chapter 11 Bankruptcy Case**

Wilmington, DE 19801. Hours open: Monday - Friday 8:00 AM - 4:00 PM.

**6. Meeting of creditors: May 2, 2023, at 11:00 a.m. (ET). Location: J. Caleb Boggs Federal Building, 844 King Street, 3rd Floor, Room 3209, Wilmington, DE 19801.**

**7. Proof of claim deadline**

**8. Exception to discharge deadline**

**9. Creditors with a foreign address**

**Debtors' Claims and Noticing Agent**

**5. Bankruptcy clerk's office: 824 N. Market Street, 3rd Floor,**

**Claims and Noticing Agent, Donlin, Recano & Company, Inc.**

*Grazioso v. Taliban - 1:22-cv-01188*

**CERTIFICATE OF SERVICE**

# EXHIBIT E.1.



The New York Times

INTERNATIONAL EDITION

620 Eighth Ave, New York, NY 10018 USA

# PROOF OF PUBLICATION

June 6, 2023

I, Larnyce Tabron, am over the age of 18 years and a citizen of the United States. In my capacity as a Principal Clerk of the Publisher of The New York Times **INTERNATIONAL EDITION,** a daily newspaper printed in Paris, France and circulated in major cities in Europe, North Africa, the Middle East, Far East and the Americas. I hereby certify that the advertisement annexed hereto was published in the editions of The New York Times **INTERNATIONAL EDITION** on the following date or dates, to wit on

5/10/2023, INTL, pg A7

Larnyce Tabron

JOHN MCGILL
Electronic Notary Public
Commonwealth of Virginia
Registration No. 8038092
My Commission Expires Dec 31, 2027

Digitally signed by John McGill
Date: 2023.06.06 14:28:34 -04'00'

**PUBLIC NOTICE**

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN and 1:22-CV-01188-GBD-SN, on August 23, 2022, Plaintiff Deborah Grazioso, as Personal Representative of the Estate of Timothy Grazioso, Deceased, and 246 other Plaintiffs, filed a Second Amended Complaint against the Islamic Emirate of Afghanistan, *a/k/a* the Taliban, and others in connection with the terrorist attacks in the United States on September 11, 2001.

Pursuant to, *inter alia*, 18 U.S.C § 2333, 28 U.S.C § 1331 and § 1332(a)(2) and the Torture Victim Protection Act of 1991, PL 102-256, 106 Stat. 73, the *Grazioso* Plaintiffs seek judgment in their favor against Defendants, jointly, severally, and/or individually, for compensatory and punitive damages in excess of One Billion US Dollars (US $1,000,000,000), plus pre- and post-judgment interest, attorney's fees, costs of this action and further appropriate relief.

This is a notice that the pleadings have been filed. The pleadings are available in English and Pashto at the following website: www.wigginschilds.com/grazioso.

*Grazioso v. Taliban - 1:22-cv-01188*
CERTIFICATE OF SERVICE

**EXHIBIT E.2.**

# Lengthy strike likely for Hollywood writers

## Some shows disrupted already as studios take a hard line on paying more

BY BROOKS BARNES AND JOHN KOBLIN

It's not just posturing: As screenwriters continue their strike against Hollywood companies, the two sides remain a galaxy apart, portending a potentially long and destructive standoff.

"Any hope that this would be fast has faded," said Tara Kole, a founding partner of JSSK, an entertainment law firm that counts Emma Stone, Adam McKay and Halle Berry as clients. "I hate to say it, but it's going to be a while."

The Writers Guild of America, which represents 11,500 screenwriters, went on strike last week after contract negotiations with studios, streaming services and networks failed. By the end of the week, as companies punched back at the union in the news media, and striking writers celebrated the disruption of shows filming from finished scripts, Doug Creutz, an analyst at TD Cowen, told clients that a "protracted affair seems likely." He defined protracted as more than three months — perhaps long enough to affect the Emmy Awards, scheduled for Sept. 18, and delay the fall television season in the United States.

The guild has vowed to stay on strike for as long as it takes. "The week has shown, I think, just how committed and fervent writers' feelings are about all of this," Chris Keyser, a leader of the guild's negotiating committee, said in an interview on Friday. "They're going to stay out until something changes because they can't afford not to."

The Alliance of Motion Picture and Television Producers, which bargains on behalf of studios, streaming services and networks, has maintained that it hopes "to reach a deal that is mutually beneficial to writers and the health and longevity of the industry." Privately, however, member companies say they are prepared to weather a strike of at least 100 days. The most recent writers strike, which began in 2007 and ended in 2008, lasted that long.

"It's fair to say there's a pretty big gap," Bob Bakish, chief executive of Paramount Global, told analysts and investors on a conference call last week. Paramount and its CBS subsidiary are prepared to "manage through this strike," he added, "even if it's for an extended duration."

Each side has insisted that the other needs to make the first move to restart talks. None are scheduled. For the moment, media companies have turned to contract renewal negotiations with the Directors Guild of America, which start on Wednesday. That contract expires on June 30.

Like writers, directors want more money, especially regarding residual payments (a type of royalty) from streaming services, which have rapidly expanded overseas. Before streaming, writers and directors (and other creative contributors, including actors) could receive residual payments whenever a show was licensed, whether that was for syndication, an international deal or DVD sales. In the streaming era, as global services like Netflix and Amazon have been reluctant to license their series, those distribution arms have been cut off.

In addition to raises, however, writers want media companies — Netflix, in particular — to make structural changes in the way they do business. The companies — Netflix, in particular — say that is a bridge too far.

The writers guild has proposals for mandatory staffing and employment guarantees, for instance. The union contends that the proposals are necessary because entertainment companies are increasingly relying on what is known in Hollywood slang as a miniroom. In one example of a miniroom, studios hire a small group of writers to develop a series and write several scripts over two or three months.

Because they have not officially ordered the series, studios pay writers less than if they were in a large, traditional writers' room.

Writers also want companies to agree to guarantee that artificial intelligence will not encroach on writers' credits and compensation. Such guarantees are a nonstarter, the studio alliance has said, instead suggesting an annual meeting on advances in the technology. "A.I. raises hard, important creative and legal questions for everyone," the studios said last week. "It's something that requires a lot more discussion, which we have committed to doing."

Mr. Keyser's response: Go pound sand.

"This is exactly what they offered us with the internet in 2007 — let's chat about it every year, until it progresses so far that there's nothing we can do about it," he said.

In that case, have fun on the picket lines, studio executives have said privately: It's going to be hot out there in July.

Over the past week, media companies conveyed an air of business as usual. On Thursday, HBO hosted a red carpet premiere for a documentary, while the Fox broadcast network announced a survivalist reality show called "Stars on Mars" hosted by William Shatner.

With the exception of late-night shows, which immediately went dark, Mr. Bakish assured Wall Street, "consumers really won't notice anything for a while." Networks and streaming services have a large amount of banked content. Reality shows, news programs and some scripted series made by overseas companies are unaffected by the strike. Most movies scheduled for release this year are well past the writing stage.

Shares climbed on Friday for every company involved with the failed contract talks; investors tend to like it when costs go down, which is what happens when production slows, as during a strike. If the strike drags into July, analysts pointed out, studios can exit pricey deals with writers under "force majeure" clauses of contracts.

"The sorry news for writers is that in declaring a strike, they may in fact be helping the streaming giants and their parent companies," Luke Landis, a media and internet analyst at SBV MoffettNathanson, wrote in a report last week.

Writers, however, succeeded in making things difficult for studios over the first week. Apple TV+ had to postpone the premiere of "Still," about Michael J. Fox and his struggle with Parkinson's disease, because Mr. Fox refused to cross a picket line. In Los Angeles, writers picketed the Apple TV+ set for "Loot," starring Maya Rudolph, causing taping to halt. In New York, similar actions disrupted production for shows like "Billions," the Showtime drama. Other affected shows included "Stranger Things" on Netflix, "Hacks" on HBO Max and the MTV Movie & TV Awards telecast on Sunday, which went forward without a host after Drew Barrymore pulled out, citing the strike.

"The corporations have gotten too greedy," Sasha Stewart, a writer for the Netflix documentary series, "Amend: The Fight for America" as well as "The Nightly Show With Larry Wilmore," said from a picket line last week. "They want to break us. We have to show them we will not be broken."

**Writers want guarantees that artificial intelligence will not encroach on their pay.**

Writers went into the strike energized and a rally at the Shrine Auditorium in Los Angeles last week seemed to supercharge the group, in part because leaders from other entertainment unions turned out to support them — and in fiery fashion. During the 2007 strike, writers were largely left to stand alone, while a union representing camera operators, set electricians, makeup artists and other crafts workers blasted the writers for causing "devastation."

Ellen Stutzman, chief negotiator for the writers, received a standing ovation from the estimated 1,800 people who attended the rally. During the session, writers suggested expanding picket lines to the homes of studio chief executives and starting a public campaign to get people to cancel their streaming subscriptions.

Some writers realized that Teamsters locals, which represent the many drivers that studios rely on to transport materials (and people), would not cross picket lines. So they started to picket before dawn to intercept them. At least one show, the Apple TV+ dystopian drama "Severance," was forced to shut down production last week as a result of Teamsters drivers' refusing to cross.

MARK ABRAMSON FOR THE NEW YORK TIMES

A picket line in Burbank, Calif. One analyst speculated that the strike could delay the fall TV season. Some studios and streamers are prepared to weather a strike of 100 days.

# Left behind as a city rebounds

NEW YORK, FROM PAGE 6

with the Alliance of Yemeni American Businesses, said many immigrant-owned businesses did not qualify for public grants and loans because they did not keep sufficient payroll records and in some cases employed undocumented workers.

Unlike some residential tenants, store owners who rent their spaces have no right to renew their leases and are not protected from large rent increases when the leases expire, said Rolando Gonzalez, a lawyer with the Legal Aid Society. Many store owners, especially in immigrant communities, operate on monthly lease agreements, Mr. Gonzalez said.

Christian Ramos, 43, the owner of Blue Chus Shoe Repair in the Bronx, said that he and most of his neighbors had month-to-month leases.

He has been in the same spot for 19 years and said he was up-to-date on his $3,500-a-month rent. But he recently had to pay back $12,000 in arrears that accumulated when sales slowed because of the pandemic. He did not qualify for a public grant, he said, because his business did not make enough revenue.

Instead, he paid back the debt by setting up tables outside of his store, selling shampoo and other household products. "I basically had to start a second business," he said.

He worries that new development could encourage landlords to seek out higher-paying tenants, at the expense of longtime merchants.

Some store owners feel that as the city gets back on its feet, they are being overlooked, said Nancy Martinez, the chair of REMA 4 US, a merchants' group in Far Rockaway, Queens. "It's like they're trying to move everybody out," she said, referring to a burst of new residential development in the area that forced street closures and hurt local businesses.

The resulting loss of foot traffic, coupled with Covid restrictions, led Jeaneth Hutchinson to close her long-running Far Rockaway flower shop at the start of the year, to settle about $19,000 in rent arrears.

She said she hoped to set up a sidewalk table to sell what she can, but she can't afford the monthly rent at nearby storefronts, which starts at $1,000 more than what she was paying.

For Ms. Shrestha, the Nepali restaurant owner, paying down her six-figure debt is a means to another end: reuniting with her two children, whom she hasn't seen since leaving Nepal in 2008.

Ms. Shrestha has legal permission to work in the United States, but her immigration status is "withholding of removal," a kind of limbo that would bar her from re-entering the country if she were to leave. She said she was turned down for an $83,000 loan from the Small Business Administration because of her immigration status.

Once she is able to pay down the store debt, she can refocus her attention on bringing her children to New York, she said. "I want to be together with my family — that's my main concern."

# Anger spreads over Twitter images of Texas shooting

## Graphic images go viral, highlighting platform's cuts to its moderation team

BY BENJAMIN MULLIN

Pat Holloway has seen her share of destruction during a 30-year career as a photojournalist: the 1993 standoff in Waco, Texas; the 1995 bombing of a federal building in Oklahoma City by Timothy McVeigh; and the 2011 tornado that struck Joplin, Mo.

But last weekend, she said, she had had enough. When graphic images began circulating on Twitter showing bloody victims of a mass shooting at a mall in Texas that left at least nine people, including the gunman, dead, she tweeted at Elon Musk, Twitter's owner, demanding that he do something. "This family does not deserve to see the dead relatives spread across Twitter for everybody to see," Ms. Holloway said.

Ms. Holloway was one of many Twitter users who criticized the social network for allowing the grisly images — including those of a blood-spattered child — to spread virally across the platform after the shooting in Allen, outside Dallas, on Saturday. Though gruesome images have become common on social media, where a cellphone camera and an internet connection make everyone a publisher, the unusually graphic nature of the images drew sustained outcry from users. And they threw a harsh spotlight on Twitter's content moderation practices, which have been curtailed since Mr. Musk acquired the company last year.

Like other social media companies, Twitter has once again found itself in a position akin to that of traditional newspaper editors, who wrestle with difficult decisions about how much to show their audiences. Though newspapers and magazines generally spare their readers from truly graphic images, they have made some exceptions, as Jet magazine did in 1955 when it published open-casket images of Emmett Till, a 14-year-old Black boy who was beaten to death in Mississippi, to illustrate the horrors of the Jim Crow-era South.

Unlike newspaper and magazine publishers, however, tech companies like Twitter must enforce their decisions on a huge scale, policing millions of users with a combination of automated systems and human content moderators.

Other tech companies, like Facebook's parent, Meta, and YouTube's parent, Alphabet, have invested in large teams that reduce the spread of violent images on their platforms. Twitter, on the other hand, has scaled back its content moderation since Mr. Musk bought the site late last October, laying off full-time employees and contractors on the trust and safety teams that manage content moderation. Mr. Musk, who has described himself as a "free speech absolutist," said last November that he would establish a "content moderation council" that would decide which posts should stay up and which should be taken down. He later reneged on that promise.

Twitter and Meta did not respond to requests for comment. A spokesman for YouTube said the site had begun removing video of the massacre, adding that it was promoting authoritative information sources.

Graphic content was never completely banned by Twitter, even before Mr. Musk took over. The platform, for instance, has allowed images of people killed or wounded in the war in Ukraine, arguing that they are newsworthy and informative. The company sometimes places warning labels or pop-ups on sensitive content, requiring that users choose to see the imagery.

**"This is news. Often, we see this kind of imagery in other countries and nobody bats an eyelid."**

While many users clearly spread the images of the massacre, including those of the dead attacker, for shock value, others retweeted them to underscore the horrors of gun violence. "The N.R.A.'s America," one tweet read. "This isn't going away," said another.

Claire Wardle, a co-founder of the Information Futures Lab at Brown University, said tech companies must balance their desire to protect their users with the responsibility to preserve newsworthy or otherwise important images — even those that are uncomfortable to look at. She cited as precedent the decision to publish a Vietnam War image of Kim Phuc Phan Thi, who became known as "Napalm Girl" after a photo of her suffering following a napalm strike circulated around the world.

She added that she favored keeping graphic images of newsworthy events online, with some kind of overlay requiring users to choose to see the content.

"This is news," she said. "Often, we see this kind of imagery in other countries and nobody bats an eyelid. But then it happens to Americans and people say, 'Should we be seeing this?'"

For years, social media companies have had to grapple with the proliferation of bloody images and videos after terrible violence. Last year, Facebook was criticized for circulating ads next to a graphic video of a racist shooting rampage in Buffalo, N.Y., that was live-streamed on the video platform Twitch. The Buffalo gunman claimed to have drawn inspiration from a 2019 mass shooting in Christchurch, N[...] that left at least 50 people [...] broadcast live on Faceboo[...] Twitter has taken down v[...] Christchurch video, argu[...] footage glorifies the viole[...] the gunman espoused.

Though the graphic in[...] Texas mall shooting circ[...] on Twitter, they seemed to [...] nent on other online platfo[...] word searches for the Allen, Texas, shooting on Instagram, Facebook and YouTube yielded mostly news reports and less explicit eyewitness videos.

Sarah T. Roberts, a professor at the University of California, Los Angeles, who studies content moderation, drew a distinction between editors at traditional media companies and social media platforms, which are not bound by the ethics that traditional journalists adhere to — including minimizing harm to the viewer and the friends and family of the people who have been killed.

"I understand where people on social media are coming from who want to circulate these images in the hopes that it will make a change," Ms. Roberts said. "But unfortunately, social media as a business is not set up to support that. What it's set up to do is to profit from the circulation of these images."

*Ryan Mac contributed reporting.*

STEWART F. HOUSE/GETTY IMAGES

A memorial outside an outlet mall in Allen, Texas, a day after a mass shooting there left at least nine people dead, including the attacker, who was killed by a police officer.

ADVERTISEMENT

**PUBLIC NOTICE**

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN and 1:22-CV-01188-GBD-SN, on August 23, 2022, Plaintiff Deborah Grazioso, as Personal Representative of the Estate of Timothy Grazioso, Deceased, and 246 other Plaintiffs, filed a Second Amended Complaint against the Islamic Emirate of Afghanistan, *a/k/a* the Taliban, and others in connection with the terrorist attacks in the United States on September 11, 2001.

Pursuant to, *inter alia*, 18 U.S.C § 2333, 28 U.S.C § 1331 and § 1332(a)(2) and the Torture Victim Protection Act of 1991, PL 102-256, 106 Stat. 73, the *Grazioso* Plaintiffs seek judgment in their favor against Defendants, jointly, severally, and/or individually, for compensatory and punitive damages in excess of One Billion US Dollars (US $1,000,000,000), plus pre- and post-judgment interest, attorney's fees, costs of this action and further appropriate relief.

This is a notice that the pleadings have been filed. The pleadings are available in English and Pashto at the following website: www.wigginschilds.com/grazioso.

**Print + digital, in one illuminating package.**

nytimes.com/subscribeinternational

*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

**EXHIBIT E.2.**

The New York Times

INTERNATIONAL EDITION

620 Eighth Ave, New York, NY 10018 USA

# PROOF OF PUBLICATION

June 6, 2023

I, Larnyce Tabron, am over the age of 18 years and a citizen of the United States. In my capacity as a Principal Clerk of the Publisher of The New York Times **INTERNATIONAL EDITION,** a daily newspaper printed in Paris, France and circulated in major cities in Europe, North Africa, the Middle East, Far East and the Americas. I hereby certify that the advertisement annexed hereto was published in the editions of The New York Times **INTERNATIONAL EDITION** on the following date or dates, to wit on

5/17/2023, INTL, pg A8

Larnyce Tabron

JOHN MCGILL
Electronic Notary Public
Commonwealth of Virginia
Registration No. 8038092
My Commission Expires Dec 31, 2027

Digitally signed by John McGill
Date: 2023.06.06 14:29:21 -04'00'

**PUBLIC NOTICE**

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN and 1:22-CV-01188-GBD-SN, on August 23, 2022, Plaintiff Deborah Grazioso, as Personal Representative of the Estate of Timothy Grazioso, Deceased, and 246 other Plaintiffs, filed a Second Amended Complaint against the Islamic Emirate of Afghanistan, *a/k/a* the Taliban, and others in connection with the terrorist attacks in the United States on September 11, 2001.

Pursuant to, *inter alia*, 18 U.S.C § 2333, 28 U.S.C § 1331 and § 1332(a)(2) and the Torture Victim Protection Act of 1991, PL 102-256, 106 Stat. 73, the *Grazioso* Plaintiffs seek judgment in their favor against Defendants, jointly, severally, and/or individually, for compensatory and punitive damages in excess of One Billion US Dollars (US $1,000,000,000), plus pre- and post-judgment interest, attorney's fees, costs of this action and further appropriate relief.

This is a notice that the pleadings have been filed. The pleadings are available in English and Pashto at the following website: www.wigginschilds.com/grazioso.

*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

**EXHIBIT E.3.**

PHOTOGRAPHS BY TONY CENICOLA/THE NEW YORK TIMES

Local fishermen say that heavy rains, flooding and other climate-related extreme weather have reduced the fishing catch in Trinidad and Tobago. They have to go farther offshore.

# 'We need a better balance'

CARLI BAY, TRINIDAD AND TOBAGO

## An island nation in thrall to the energy source that disrupts its climate

BY CLIFFORD KRAUSS

Imtiaz Khan remembers the rains of his childhood as being light and providing welcome relief from the summer heat. A heavy shower, he said, would arrive only about once a month during the rainy season.

Now 48, and president of the Carli Bay Fishing Association, Mr. Khan said the rains are now something to dread. Storms are so regular, he said, that there is serious flooding every year. The heavy downpours carry sediment into the bay, turning the sea cloudy and brown. Mangrove nurseries have been washed away. Clams, oysters, mussels and many species of fish are in decline.

"The fish go where there is more food and where they can reproduce," Mr. Khan said. "That's not here anymore."

Trinidad and Tobago is facing a familiar challenge. Its leaders believe that oil and gas production are vital to the economy, but exploitation of those resources is causing climate change, which is taking an especially hard toll on the people and environment.

Like other Trinidadians, Mr. Khan takes a middle-of-the-road approach to climate change and fossil fuels, which he doesn't want to eliminate because they have helped lift the living standards in his country. "You can't stop the oil and gas, but we need a better balance," he said.

He noted that the fishermen need to sail out farther and farther beyond the bay to get their catch, and they are in ever fiercer competition with fishermen from neighboring Venezuela, as a result.

To the south, on the beach at the L'Anse Mitan fishing village, the beach erosion is so severe that a large statue of St. Peter is on the verge of collapse. Storms and currents are coming to shore so strongly that the fishermen have started to beach their boats in the high grass.

"Everyone's pulling in their boats and staying home," said Bernard Hospedales, a local fisherman.

The Trinidadian government highlighted the country's climate challenges in a 2021 report to the United Nations Framework Convention on Climate Change.

"Trinidad and Tobago is already experiencing the adverse impacts of climate change, such as sea level rise, increased ambient temperature and extreme weather systems," Camille Robinson-Regis, then the minister of planning and now minister of social development, wrote in a foreword to the report.

The island nation's climate has historically been highly variable. Climate change has made it more so. And Trinidad's average temperature has risen two and half times above the global average from 1946 to 2019, according to the government report to the U.N. Over the past four decades, heavy rain that lasts multiple days has also been more frequent.

Watermelon farmers complain that dry seasons are drier, requiring them to water more frequently. Then, when the rainy season comes, fierce rains damage plants and lower watermelon yields.

"Watermelons can't compete with oil and gas," said Teeluckram Khemrag, who was selling his produce on a roadside on the southern end of Trinidad island.

Other businesses are also hurting. Bally's by the Sea Hotel and Resort, a 17-room beachside motel in Mayaro, was empty of guests on a recent April afternoon. Nisha Churai, the hotel supervisor, blamed the gobs of rotting seaweed — known as sargassum — coating the beach, along with the country's weak economy.

"It smells funny," she said. "I wouldn't want to be around that either."

Tons of sargassum, which thrives in warming waters and on agricultural runoff are gathering on beaches across the Caribbean. The seaweed tangles in fishing nets, and it interferes with the nesting of turtles.

Dave Ali, an oil and gas platform worker who lives down the street, said the amount of the heavy brown seaweed piling up on the beach had grown every year since about 2014.

"I love the idea of solar and wind, but we won't leave oil and gas in our lifetime," he said, sipping a beer on his porch. "We're a small country. There is only so much we can do."

The statue of St. Peter at L'Anse Mitan is on the verge of toppling over because of beach erosion caused by stronger storms.

# Bank's failure draws scrutiny of Fed ties

BY JEANNA SMIALEK

The collapse of Silicon Valley Bank has drawn attention to the relationship between the Federal Reserve Bank of San Francisco, which was in charge of overseeing safety and soundness at the lender, and the bank's former chief executive, Greg Becker, who for years sat on the San Francisco Fed's board of directors.

The bank's collapse on March 10 has prompted criticism of the Fed, whose bank supervisors were slow to spot and stop problems before Silicon Valley Bank experienced a devastating run that necessitated a sweeping government response.

Now, Mr. Becker could face lawmaker questions about his board role — and whether it created too close a link between the bank and its regulators — when he testifies this week before the Senate Banking Committee about Silicon Valley Bank's collapse.

In prepared testimony published before the hearing, Mr. Becker said he was "truly sorry" for the bank's failure. "I do not believe that any bank could survive a bank run of that velocity and magnitude," he said.

Mr. Becker's position on the San Francisco Fed board would have given him little formal power, according to current and former Fed employees and officials. The Fed's 12 reserve banks — semi-private institutions dotted across the United States — each has a nine-person board of directors, three of whom come from the banking industry. Those boards have no say in bank supervision, and serve mainly as advisers for the Fed bank's leadership.

But many acknowledged that the setup created the appearance of coziness between S.V.B. and the Fed. Some outside experts and politicians are beginning to question whether the way the Fed has been organized for more than a century makes sense today.

**FED BOARDS CREATED IN 1913**

In the days after Silicon Valley Bank's collapse, headlines about Mr. Becker's close ties to his bank's regulator abounded, with many raising questions about a possible conflict of interest.

Though regional Fed presidents and other officials play a limited role in bank oversight — which is mostly in Washington's domain — some critics wondered if supervisors at the San Francisco Fed failed to effectively police Silicon Valley Bank because of the reserve bank's close ties to the bank's chief executive.

And some asked: Why do banks have representatives on the Fed Board at all? The answer is tied to the Fed's history.

When Congress and the White House created the Fed in 1913, they were skeptical about giving either the government or the private sector unilateral power over the nation's money supply. So they compromised. They created a public Fed Board in Washington and quasi-private reserve banks around the country.

Those reserve banks, which ended up numbering 12 in total, would be set up like private companies with banks as their shareholders. And much like other private companies, they would be overseen by boards — ones that included bank representatives. Each of the Fed reserve banks has nine board members, or directors. Three of them come from banks, while the others come from other financial companies, businesses, and labor and community groups.

Several former Fed officials said that the bank-related board members provided a valuable function, offering real-time insight into the finance industry. Ten current and former Fed employees interviewed for this article agreed on one point: These boards have relatively little official power in the modern era.

While they vote for changes on a formerly important interest rate at the Fed — called the discount rate — that role has become much less critical over time. Board members select Fed presidents, though since the 2010 Dodd-Frank law, the bank-tied directors have not been allowed to participate in those votes.

But the law didn't go so far as to cut bank representatives from the boards altogether because of a lobbying push to keep them intact, said Aaron Klein, who was deputy assistant secretary for economic policy at the Treasury Department at the time and worked closely on the law's passage.

"The Fed didn't want that, and neither did the bankers," Mr. Klein said.

From a bank's perspective, directorships offer prestige: Regional Fed board members rub shoulders with other bank and community leaders and with powerful central bankers.

They might also offer either an actual or a perceived information advantage about the economy and about monetary policy. Although the discount rate is not as important today, directors at some regional banks are given economic briefings as they make their decisions.

Regional board discount votes have often been seen as a sort of weather vane for how a regional bank's leadership is thinking about policy — suggesting that directors might know how their president is going to vote when it comes to the federal funds rate, the important interest rate that the Fed uses to guide the speed of the economy.

**Some experts are questioning the way the Fed is organized.**

Renée Adams, a former New York Fed researcher who studies corporate boards and is now at the University of Oxford, has found that when a bank executive becomes a director, the stock price of their firm rises on the news.

"The market believes that they have some advantage," she said.

Bank-tied directors have no direct role in supervision, nor can they appoint officials or participate in budget decisions related to bank oversight, according to the Fed.

But Mr. Klein is skeptical that Mr. Becker's position on the San Francisco Fed's board did not matter at all in the case of Silicon Valley Bank.

"Who wants to be the person raising problems about the C.E.O. who is on the board of your own C.E.O.?" he said, explaining that even though the organizational structure might have drawn clear lines, those may not have cleanly applied in the "real world."

Ms. Adams's research found that banks whose executives sat on boards did in fact see fewer enforcement actions during the director's tenure. "There may be supervisory leniency."

**MOVES TO LIMIT DIRECTORSHIPS**

This is not the first time the Fed regional boards have raised ethical issues. In the years leading up to the 2008 financial crisis, Dick Fuld, the Lehman Brothers chief executive at the time, and Steve Friedman, who was a director at Goldman Sachs, both served on the New York Fed board.

Mr. Fuld resigned just before Lehman collapsed in 2008. Mr. Friedman left in 2009, after news broke that he had bought Goldman Sachs stock during the crisis, at a time when the Treasury and the Fed were drawing up plans to bolster big banks.

Given that controversy, politicians have at times focused on the Fed boards. The Democratic Party included language in its 2016 platform to bar executives of financial institutions from serving on reserve bank boards.

And the issue has garnered bipartisan interest. Draft legislation under development by members of the Senate Banking Committee would limit directorships to small banks — those with less than $10 billion in assets, according to a person familiar with the material.

ADVERTISEMENT

**PUBLIC NOTICE**

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN and 1:22-CV-01188-GBD-SN, on August 23, 2022, Plaintiff Deborah Grazioso, as Personal Representative of the Estate of Timothy Grazioso, Deceased, and 246 other Plaintiffs, filed a Second Amended Complaint against the Islamic Emirate of Afghanistan, *a/k/a* the Taliban, and others in connection with the terrorist attacks in the United States on September 11, 2001.

Pursuant to, *inter alia*, 18 U.S.C § 2333, 28 U.S.C § 1331 and § 1332(a)(2) and the Torture Victim Protection Act of 1991, PL 102-256, 106 Stat. 73, the *Grazioso* Plaintiffs seek judgment in their favor against Defendants, jointly, severally, and/or individually, for compensatory and punitive damages in excess of One Billion US Dollars (US $1,000,000,000), plus pre- and post-judgment interest, attorney's fees, costs of this action and further appropriate relief.

This is a notice that the pleadings have been filed. The pleadings are available in English and Pashto at the following website: www.wigginschilds.com/grazioso.

**Print + digital, in one illuminating package.**

Subscribe to the International Edition and gain full digital access, free.

Save 66% for 3 months.

nytimes.com/subscribeinternational

# Committed to fossil fuels, to 'the last barrel'

*TRINIDAD, FROM PAGE 7*

prices after Russia's invasion of Ukraine and a new gas discovery by Shell have led to a small rebound over the past year.

But that is not enough to stem the decline in energy production and revenues, energy experts say.

In an effort to compensate for the shortfall, the country is seeking to reduce domestic use of natural gas so more can be exported. That is the main mission of the solar farms being built on Trinidad by BP and Shell. To drive down domestic demand for gas, energy regulators are proposing to raise electricity rates for residents and businesses. That proposal faces stiff political opposition.

"When you are an oil-and-gas-producing nation, you are always behind in renewables, because people enjoy the cheaper rates of electricity that come with fossil fuels," said David Alexander, a professor of petroleum engineering at the University of Trinidad and Tobago.

Dr. Alexander and another professor are leading an effort to map a "carbon-capture atlas" of depleted oil and gas fields that can be used to store carbon captured from Trinidadian petrochemical plants to help the country offset most or all of its greenhouse gas emissions.

There are other plans to try to turn Trinidad and Tobago away from gas and oil. Some entrepreneurs said the country should become a major exporter of products made from renewable energy like hydrogen, fertilizers and clean shipping fuel.

A homegrown energy company, Kenesjay Green, is working to produce hydrogen in the Point Lisas petrochemical complex. The company plans to use renewable energy and waste heat from power plants to split hydrogen from water. "Trinidad is uniquely poised to take off in the energy transition dramatically," said Philip Julien, chairman of Kenesjay. "There's huge potential and a lot of work to be done."

Kenesjay is working with Yara Trinidad, an ammonia producer, to reduce its greenhouse gas emissions by replacing gas with water in its production process. Yara Trinidad hopes that it can eventually reopen one of the thr plants it mothballed becau gas supplies.

Although the governm these efforts, its focus rem ral gas. "Gas is going to b decades, all right?" Stuart dad and Tobago's energy r in an interview.

To increase gas produc ports, the country is pinning its hopes on new offshore fields. One, the Manatee field adjacent to the maritime border with Venezuela, is being developed by Shell.

Just over the maritime border, there is a medium-size shallow-water field called Dragon. Trinidad and Venezuela have been negotiating for five years about how to produce and export the Dragon gas. Shell would operate the field, and a pipeline could connect the field to Trinidad and Tobago's export terminals in three to four years.

But first, Trinidad must reach a deal with the Biden administration and the Venezuelan government that would al- gas in food and medicine, but Mr. Maduro has rejected that offer.

**"Oil and gas was once the nation's spine, but it's now the crutch that props us up."**

Another potential prospect is the Calypso field, off the coast of the island of Tobago, which could be the nation's first deepwater gas field.

Woodside Energy, an Australian company, is developing Calypso with BP. But Calypso's geology is complicated. The field is made up of unconnected pockets of gas, meaning that multiple wells would be needed, making drilling more expensive.

Analysts said Trinidad needed to move fast or risk losing gas customers to other exporters, like the United States and Qatar, that are building newer and more efficient liquefied natural gas terminals.

That might be a tall order, and even some Trinidadians who have long worked in oil and gas worry that little can be done to halt their industry's decline. headed. Sometimes I think the country has a backup plan, and sometimes I don't."

*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

**EXHIBIT E.3.**

The New York Times

INTERNATIONAL EDITION

620 Eighth Ave, New York, NY 10018 USA

# PROOF OF PUBLICATION

June 6, 2023

I, Larnyce Tabron, am over the age of 18 years and a citizen of the United States. In my capacity as a Principal Clerk of the Publisher of The New York Times **INTERNATIONAL EDITION,** a daily newspaper printed in Paris, France and circulated in major cities in Europe, North Africa, the Middle East, Far East and the Americas. I hereby certify that the advertisement annexed hereto was published in the editions of The New York Times **INTERNATIONAL EDITION** on the following date or dates, to wit on

5/24/2023, INTL, pg A7

Larnyce Tabron

Digitally signed by John McGill
Date: 2023.06.06 14:30:24 -04'00'

**PUBLIC NOTICE**

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN and 1:22-CV-01188-GBD-SN, on August 23, 2022, Plaintiff Deborah Grazioso, as Personal Representative of the Estate of Timothy Grazioso, Deceased, and 246 other Plaintiffs, filed a Second Amended Complaint against the Islamic Emirate of Afghanistan, *a/k/a* the Taliban, and others in connection with the terrorist attacks in the United States on September 11, 2001.

Pursuant to, *inter alia*, 18 U.S.C § 2333, 28 U.S.C § 1331 and § 1332(a)(2) and the Torture Victim Protection Act of 1991, PL 102-256, 106 Stat. 73, the *Grazioso* Plaintiffs seek judgment in their favor against Defendants, jointly, severally, and/or individually, for compensatory and punitive damages in excess of One Billion US Dollars (US $1,000,000,000), plus pre- and post-judgment interest, attorney's fees, costs of this action and further appropriate relief.

This is a notice that the pleadings have been filed. The pleadings are available in English and Pashto at the following website: www.wigginschilds.com/grazioso.

*Grazioso v. Taliban - 1:22-cv-01188*
CERTIFICATE OF SERVICE

**EXHIBIT E.4.**

# Retailer's delivery hubs vulnerable to strikes

AMAZON, FROM PAGE 6

ping delays. Amazon said the operational impact would be minimal.

More precarious is the company's delivery infrastructure, where such extensive redundancy is impractical.

For example, Amazon also operates dozens of so-called sort centers, where often more than 100,000 packages a day are grouped by geographic area. Many metropolitan areas the size of Albuquerque or St. Louis have only one or two such centers, and a metro area as large as Chicago has only four.

If one went down, Mr. Wulfraat said, Amazon could be forced to reroute packages to sort centers in other cities, raising costs. "You couldn't just call up UPS and say: 'Tomorrow, we're going to dump 200,000 packages into your lap. Is that problem?' They don't have the bandwidth," he said.

To get a sense of what this could cost, consider that FedEx spent hundreds of millions of dollars on such rerouting in 2021.

Some workers hope to take advantage. After organizers at a sort center on Staten Island lost a vote on whether to unionize last year, they focused on building enough support to force a shutdown at the building, which sorts packages for 15 delivery stations in the New York area.

"It's not enough to get someone to go and vote yes," said Madeline Wesley, a worker involved in the organizing. "What we're going for here is a fundamental shift in the power dynamics."

Delivery stations, where sort centers send packages so they can be loaded onto vans, can be similarly vulnerable. In the fall of 2021, the company declined to increase pay for many workers in the Chicago area.

"We were told our pay was reviewed in September of 2021 and there would be no raise," said Ted Miin, a worker involved in organizing at a delivery station there.

JON CHERRY FOR THE NEW YORK TIMES

Amazon Labor Union supporters rallied near Amazon's air hub at Cincinnati/Northern Kentucky International Airport in March. The facility has more than 2,000 employees.

But shortly after workers at two delivery stations in the area walked off the job that December, the company increased pay for workers in those buildings by about $2 per hour. "It was pretty clear to us that our walkouts were what won us the raise," Mr. Miin said.

Amazon said that the group was merely claiming credit for Chicago-area pay adjustments the company had begun making on its own, and that it had taken similar steps at locations where there was no organizing.

There are several reasons a walkout at a delivery station can be effective.

Unlike Amazon's large fulfillment centers, which typically employ thousands, delivery stations range from a few dozen employees to a few hundred, and the workers tend to be in closer contact.

"Work in a delivery station is more social," said Charmaine Chua, an expert on logistics and labor organizing at the University of California, Santa Barbara. "That can overcome significant problems with fulfillment centers, of the work being isolated."

(One exception: fulfillment centers that draw workers from tightknit communities, like one near Tijuana, Mexico, and another near the Somali community in Minnesota, where workers appear to have won concessions in recent years.)

While mobilizing hundreds of workers at a fulfillment center may be daunting, a walkout of several dozen delivery station workers could delay tens of thousands of packages that are supposed to end up on vans by late morning.

And a longer shutdown at one delivery station could take a toll on other buildings.

"It's not like the I.T. world, where there are multiple redundant systems — one server goes down, and another pops up," said Chris Freimann, a former manager at a St. Louis-area delivery station. "When one goes down, the others feel the impact of it. The margin of error gets very, very tight."

Amazon denied this, saying it had the capacity to reallocate packages to other delivery stations with little disruption.

### "WHERE IS SARA?"

On the last Friday in December, Amazon suspended a San Bernardino air hub employee, Sara Fee, who helped organized co-workers at the site.

The next week, workers wore "Hello, my name is" stickers on which they wrote, "Where is Sara?" They discussed plans to strike if Ms. Fee was fired. The company asked her to return to work by the end of the week.

There is arguably no bigger target for organizers at Amazon than the company's air hubs, which it uses to move more than one million packages each day across large distances. The San Bernardino hub is one of a handful that increasingly form the backbone of the company's air transit system.

This appears to have given workers leverage. In addition to asking Ms. Fee to return this winter, the company announced that it was raising the hourly wage for night shifts by nearly $1 last August — a significant bump in addition to last year's nationwide pay increase. This was after about half the hub's roughly 1,500 employees added their names to a petition seeking higher pay.

Amazon said it had brought Ms. Fee back after investigating reports that she yelled at a manager. In response to that allegation, Eli Naduris-Weissman, a lawyer who represents Inland Empire Amazon Workers United, a group organizing workers at the site, said Ms. Fee was an outspoken leader who had suffered retaliation after complaining about being targeted by Amazon.

> **"It's not enough to get someone to go and vote yes. What we're going for here is a fundamental shift in the power dynamics."**

The company's facility at the Cincinnati airport in northern Kentucky, which is known as KCVG, is the largest of the hubs. At its 2019 groundbreaking, the company founder, Jeff Bezos, declared, "We're going to move Prime from two-day to one-day, and this hub is a big part of that." Then he exhorted, "Let's move some earth!" and mounted a John Deere front loader.

The number of employees at the Kentucky hub (now well over 2,000) and the number of flights has grown substantially since the facility opened almost two years ago. The Chaddick Institute for Metropolitan Development at DePaul University estimates that the number of Amazon Air flights in or out of KCVG on a typical day more than doubled between early 2022 and early 2023, to over 50.

Amazon said the institute's reports, which rely on public data, drew inaccurate conclusions but did not dispute the trend in Kentucky. The company said it also continued to ship some packages through UPS and the Postal Service.

Labor organizing has accompanied the increased activity. In September, managers at KCVG told workers that they would receive a small raise — ranging from 50 cents to about $1 an hour, depending on seniority.

Several employees said they had been expecting a "peak" season bonus of at least $2 an hour, which they received the previous year. Some who work on the ramp, where planes are loaded and unloaded, left in frustration after the announcement.

"There are usually around 50 tug drivers," said Mr. Ritze, a driver involved in the organizing, referring to the trucks that move large containers across the facility. "It went down to 20. Everyone else left, took P.T.O."

Not long after, a group of organizers submitted a petition with the names of roughly 300 workers asking the company to restore the peak bonus and make it permanent. Members of the group later announced that they were seeking to unionize.

Management didn't budge on the bonus, but canceled the first week of mandatory extra time, in which employees work up to 60 hours a week between Thanksgiving and Christmas.

The site's director of operations, Adrian Melendez, said that Amazon had opted for a smaller pay increase that was permanent rather than a larger increase that was temporary and that most workers understood the rationale. The company said it had canceled a week of mandatory overtime because enough workers had volunteered.

At their spare campaign office near the airport on a morning in February, a handful of union backers said that frustration over the small raise had initially gotten them involved, but that other issues, like safety, also loomed large.

The effort, funded in part by members of the left-wing group Socialist Alternative, appears to have attracted more attention from Amazon recently. After the Amazon Labor Union president, Christian Smalls, appeared in Kentucky in March to offer the union's support, the company began regularly holding meetings for workers in which it dwelled on the drawbacks of unionizing, according to a recording of one of the meetings.

"Like many other companies, we hold these meetings because it's important that everyone understands the facts about joining a union and the election process," said Ms. Levandowski, the Amazon spokeswoman.

Workers may not even need to win a union election in Kentucky in order to extract concessions from the company.

During each shift, dozens of tug drivers move hundreds of package containers, known as cans, between the warehouse and the planes. If the tugs don't move, neither do the packages.

The company clearly understands the stakes: Workers say managers frequently urge employees who aren't tug drivers to become "tug-trained" so they can operate tugs in the event of a driver shortage. Amazon said that it was common to cross-train workers and that managers provided support and coaching to employees if the tugs got backed up.

The drivers are aware of their power, too. And many support the union effort.

"Any time there's a delay, it's always blamed on the tug drivers — management doesn't take any responsibility for it," said Steven Kelley, another worker active in the campaign. "That's honestly why most of them are in favor."

If enough tug drivers got fed up and simply refused to move, Mr. Kelley added, "it would shut the whole operation down."

# A Hollywood outsider steps into the spotlight

## The new acting head of NBCUniversal takes on media's unending drama

BY BENJAMIN MULLIN

Mike Cavanagh couldn't have picked a trickier time to take over NBCUniversal.

Jeff Shell, who oversaw the media company before him, was fired after an investigation into sexual harassment. Linda Yaccarino, who ran the company's multibillion-dollar ad business, left abruptly this month to become the chief executive of Twitter.

NBCUniversal is losing billions on its streaming service, Peacock, while viewership of its traditional TV networks continues to fade. And Hollywood's writers are on strike.

But for Mr. Cavanagh, 57 — who recently became the acting head of NBCUniversal after his promotion last year to be president of Comcast, NBCUniversal's parent company — it may not come close to the toughest situation he has faced in his career.

In 2008, when the U.S. financial system was on the brink of failure, Mr. Cavanagh was a senior executive at JPMorgan Chase, one of the few major banks that was not at risk of collapse. He spent time alongside Jamie Dimon, JPMorgan's chief executive, and other executives during all-nighters to work out the details of acquiring Bear Stearns, a rival on the verge of bankruptcy.

"He's not a chest-thumper," Mr. Dimon said of Mr. Cavanagh in an interview. "He works hard, he sweats the details, and he gives a damn."

Though he has spent much of his professional career rubbing shoulders with the ultrawealthy, Mr. Cavanagh, a New York native and father of three, comes from a middle-class background. He spent the summer before college pumping gas at a filling station and covered expenses at Yale by working summer construction jobs.

He has become one of the few Comcast executives whom Brian Roberts,

ILLUSTRATION BY NATE KITSCH; PHOTOGRAPH BY DAVID PAUL MORRIS/BLOOMBERG

> **"He's not a chest-thumper. He works hard, he sweats the details, and he gives a damn."**

the company's chief executive, regularly consults on the most sensitive matters. Mr. Cavanagh was involved in discussions last year to combine NBCUniversal with the video game studio Electronic Arts, a deal that never came to fruition.

Comcast has not named Mr. Cavanagh as the permanent head of NBCUniversal, a media empire that includes the Universal Pictures movie studio, the NBC broadcast network, NBC News and MSNBC. But Comcast has described his job as a long-term appointment — and he has been acting as if he plans to be in charge for the long run.

Since taking over for Mr. Shell last month, he has traveled to Los Angeles to meet with film executives, including Donna Langley, the head of Universal Studios, and Chris Meledandri, the chief executive of the animation studio Illumination. While in Los Angeles, he had dinner with Jason Blum, the horror maestro behind Universal hits like "Get Out" and "Paranormal Activity." He has also toured the "Today" show and visited the late-night hosts Jimmy Fallon and Seth Meyers at 30 Rockefeller Plaza, and he is planning a tour of an NBCUniversal theme park under construction in Orlando, Fla.

In these meetings, Mr. Cavanagh has emphasized that he's not planning on making any major changes for the next few months, according to a person with knowledge of his early moves in the job. But he has had to deal with some unexpected curveballs.

Mr. Cavanagh was unaware that Ms. Yaccarino had been selected to serve as Twitter's chief executive before Elon Musk, the company's owner, announced that he had "hired a new CEO" on Twitter this month, the person said. Hours later, Mr. Cavanagh called Ms. Yaccarino from a plane to coordinate her exit and pull her from the company's annual sales pitch to advertisers. The tone of the conversation was friendly, according to a person familiar with the conversation, with Mr. Cavanagh wishing Ms. Yaccarino well and saying that he wouldn't stand in the way of her departure.

He has also had to manage the fallout from a complaint lodged by a CNBC anchor that led to Mr. Shell's dismissal. Mr. Cavanagh and Mr. Roberts fir Shell from the offices of a law Philadelphia last month, people f with the matter said. Mr. Ca called senior executives at NBC sal the weekend Mr. Shell was fir form them of the change, and with them in person in New Yor ward to reassure them that the b vision for NBCUniversal wasn't i tion.

And the writers' strike, a possibility when Mr. Cavanagh took over, has ground to a halt NBC's late-night shows, including "Saturday Night Live."

Big challenges still loom, including getting NBCUniversal's streaming business to profitability and negotiating with Disney over the future ownership of the Hulu streaming service. Also hanging over NBCUniversal is the question of whether Comcast will decide to combine it with another company, as it attempted to do last year with Electronic Arts.

Despite those concerns, Comcast, where Mr. Cavanagh remains president, has some points in its favor that perhaps give NBCUniversal some breathing room. The company's share price has increased this year, outpacing some of its peers, and it has cash-rich businesses like broadband and wireless services that offset declines elsewhere.

Though Mr. Cavanagh has been a powerful figure at Comcast for years, involved in NBCUniversal's biggest decisions, he remains a relative outsider in Hollywood.

After his run at JPMorgan, he joined the Carlyle Group, a private equity firm where he was co-president. He moved to Comcast in 2015 to become its chief financial officer.

Hollywood, which runs in large part on personal relationships, can be fickle toward new arrivals and even with some who have been around for many years.

Mark Shapiro, the president and chief operating officer of Endeavor, the Hollywood entertainment and sports colossus that represents NBCUniversal anchors like Rachel Maddow and Alex Wagner, said Mr. Cavanagh's profile in Hollywood could work in his favor.

Comcast's headquarters in Philadelphia to discuss Mr. Blum's ambitions for his company.

*Grazioso v. Taliban - 1:22-cv-01188*

**CERTIFICATE OF SERVICE**

# EXHIBIT E.4.

over the years, having lunch with him at

Mr. Moffett said.

**NOTICE OF REQUEST FOR CONTACT OF CLASS P-2 HOLDERS OF CSAM EMERGING MARKETS SOVEREIGN CBO I (THE "ISSUER")**

Holders of the Class P-2 Notes (ISIN XS0091333640) are requested to contact The Bank of New York Mellon Trust Company, National Association, in its capacity as Trustee (the "Trustee") to discuss undisbursed funds held under that certain Indenture dated as of September 2, 1998 (as supplemented, amended or modified, including by that certain Supplemental Indenture dated as of October 5, 1998), among, the Issuer, the Trustee and others. Holders of the Class P-2 Notes should contact Ingrid Hammons at (713) 483-6991 or at ingrid.hammons@bnymellon.com.

ADVERTISEMENT

**PUBLIC NOTICE**

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN and 1:22-CV-01188-GBD-SN, on August 23, 2022, Plaintiff Deborah Grazioso, as Personal Representative of the Estate of Timothy Grazioso, Deceased, and 246 other Plaintiffs, filed a Second Amended Complaint against the Islamic Emirate of Afghanistan, *a/k/a* the Taliban, and others in connection with the terrorist attacks in the United States on September 11, 2001.

Pursuant to, *inter alia*, 18 U.S.C § 2333, 28 U.S.C § 1331 and § 1332(a)(2) and the Torture Victim Protection Act of 1991, P.L. 102-256, 106 Stat. 73, the *Grazioso* Plaintiffs seek judgment in their favor against Defendants, jointly, severally, and/or individually, for compensatory and punitive damages in excess of One Billion US Dollars (US $1,000,000,000), plus pre- and post-judgment interest, attorney's fees, costs of this action and further appropriate relief.

This is a notice that the pleadings have been filed. The pleadings are available in English and Pashto at the following website: www.wigginschilds.com/grazioso.

