**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ***IN RE:* TERRORIST ATTACKS ON SEPTEMBER 11, 2001** | :<br>:<br>: | **Civil Action No. 03 MDL 1570 (GBD) (SN)** |

*This document applies to:*

***Grazioso, et al. v. The Taliban, et al.***
1:22-cv-01188 (GBD) (SN)

**CERTIFICATE OF SERVICE**

# EXHIBIT F



Home
Explore
Notifications
Messages
Lists
Bookmarks
Twitter Blue
Profile
More

Tweet

**Abdullah Azzam**
3,371 Tweets

Follow

**Abdullah Azzam**
@Abdullah_azzam7

Personal Secretary 2 D 1st Deputy PM of D IEA, Mullah Abdul Ghani Baradar, Views are own د ا.ا.ا د رياست الوزراء د لومړي معاون ملا عبدالغني برادر خاص سکرتر

Kabul, Afghanistan Born January 1, 1996 Joined September 2020

**465** Following **10.3K** Followers

Not followed by anyone you're following

Tweets Replies Media Likes

Pinned Tweet

**Abdullah Azzam** @Abdullah_azzam7 · Mar 22, 2022
1/22
Afghanistan and Ukraine; how two similar invasions triggered contradictory reactions?

A little after the twenty years long US occupation of Afghanistan ended, a prosperous and relatively civilized European country, Ukraine, was invaded by its eastern

8 26 117

Show this thread

**Abdullah Azzam** @Abdullah_azzam7 · Dec 15, 2022
They wanted me to disarray and destroy Muslim families and take away women from Islam.

**Atef Dalgamouni** @AtefDalgamouni1 · Dec 14, 2022
Very interesting video I wish you all watch and learn.

*Grazioso v. Taliban - 1:22-cv-01188*
CERTIFICATE OF SERVICE

**EXHIBIT F.1.**

4 5 20

**Abdullah Azzam** @Abdullah_azzam7 · Dec 13, 2022
المان ۶ مليونه ډاکټرانو، انجنيرانو، کار کوونکو... کډوالو ته ارتيا لري او ټولو هغو کسانو ته به د ياد هيواد تابعيت هم ورکړي څوک چې په پنځه کاله کې الماني ژبه زده کړي. د راپورونو پر اساس د ياد هيواد شل مليونه خلک تقاعد شوي دي، څکه د دغو کډوالو ته

Search Twitter

**You might like**

**Ammar Yasir**
@ammarzamarak

قاري يحيىٰ تکل 𝑸𝒂𝒓
@TakalYahya

**Muhammad Jalal**
@MJalal0093

Show more

**What's happening**

WNBA · Yesterday
**Fever at Sun**

Entertainment · Trending
**jason sudeikis**
4,006 Tweets

Trending in United States
**Bill Walton**

Trending in United States
**Delaware**
5,020 Tweets

Music · Trending
**#TheShowLiveOnTour202**
1,135 Tweets

Show more

Terms of Service Privacy Policy Accessibility Ads info More ···

GRAZIOSO
@GRAZIOSO_PLNTFS

Home
Explore
Notifications
Messages
Lists
Bookmarks
Twitter Blue
Profile
More

Tweet

# Tweet

**GRAZIOSO**
@GRAZIOSO_PLNTFS

@Abdullah_azzam7

PUBLIC NOTICE

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN and 1:22-CV-01188-GBD-SN, on August 23, 2022, Plaintiff Deborah Grazioso, as Personal Representative of the Estate of Timothy Grazioso, Deceased, and 246 other Plaintiffs, filed a Second Amended Complaint against the Islamic Emirate of Afghanistan, a/k/a the Taliban, and others in connection with the terrorist attacks in the United States on September 11, 2001. Pursuant to, inter alia, 18 U.S.C. § 2333, 28 U.S.C. § 1331 and § 1332(a)(2) and the Torture Victim Protection Act of 1991, PL 102-256, 106 Stat. 73, the Grazioso Plaintiffs seek judgment in their favor against Defendants, jointly, severally, and/or individually for compensatory and punitive damages in excess of One Billion US Dollars (US $1,000,000,000), plus pre- and post-judgment interest, attorney's fees, costs of this action and further appropriate relief. This is a notice that the pleadings have been filed. The pleadings are available in English and Pashto at the following website: www.wigginschilds.com/grazioso.

11:02 AM · May 31, 2023

View Tweet analytics

Tweet your reply!

Reply

Search Twitter

**Relevant people**

**GRAZIOSO**
@GRAZIOSO_PLN

**Abdullah Azzam**
@Abdullah_azzam
Personal Secretary PM of D IEA, Mulla Baradar, Views are
ون ملا عبدالغني برادر
خاص سکرتر

**What's happening**

WNBA · Last night
**Sky at Dream**

Business and finance · Trending
**Jamie Dimon**
3,295 Tweets

Trending in United States
**Virginia**
55K Tweets

Business and finance · Trending
**$SOFI**
1,842 Tweets

Entertainment · Trending
**#MutantMayhem**
Trending with Teenage Mutant I

Show more

Terms of Service Privacy Policy Accessibility Ads info More ···

*Grazioso v. Taliban - 1:22-cv-01188*
CERTIFICATE OF SERVICE

# EXHIBIT F.1.

**GRAZIOSO**
@GRAZIOSO_PLNTFS

مذكرة عامة

في محكمة الولايات المتحدة الجزائية للمنطقة الجنوبية من نيويورك، القضية رقم03-MD 1570 - GBD-SN-و22:1-CV-01188-GBD-SN، في 2022/08/23، قدمت المدعية ديبورا غرازيوسو، بصفتها الممثلة الشخصية لتركة تيموثي غرازيوسو، المتوفاة، و246 مدعياً آخر، شكوى ثانية معدلة ضد إمارة أفغانستان الإسلامية، وهي طالبان، وغيرها فيما يتعلق بالهجمات الإرهابية التي وقعت في الولايات المتحدة في 2001/11/11.

عملا بجملة أمور منها الفقرات 2333 من الباب 18 من مدونة قوانين الولايات المتحدة، والمادة 1331 من الباب 28 من مدونة قوانين الولايات المتحدة، والمادة 1332(أ)(2) وقانون حماية ضحايا التعذيب لعام 1991، PL 102-256 وStat. 106 73، يلتمس المدعون في غرازيوسو حكما لصالحهم ضد المدعى عليهم، مجتمعين ومنفردين و/أو فرديين، عن تعويضات و/أو عقابية تتجاوز مليار دولار أمريكي (1.000.000.000دولار أمريكي)، بالإضافة إلى الفائدة قبل وبعد الحكم، وأتعاب المحاماة، وتكاليف هذا الإجراء والمزيد من التعويضات المناسبة.

هذا إشعار بإيداع المرافعات.

المرافعات متاحة باللغتين الإنجليزية والباشتو على الموقع الإلكتروني التالي:

www.wigginschilds.com/grazioso

*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

# EXHIBIT F.1.

Home
Explore
Notifications
Messages
Lists
Bookmarks
Twitter Blue
Profile
More
Tweet

**Dr.M.Naeem**
6,061 Tweets

Follow

**Dr.M.Naeem**
@IeaOffice

Spokesman of the Political Office of the Islamic Emirate of Afghanistan.
سخنگوی دفتر سیاسی ا.ا.ا
د ا.ا.ا دسیاسي دفتر ویاند

Qatar alemarahpashto.com Joined September 2020

**82** Following **443.6K** Followers

Not followed by anyone you're following

Tweets | Replies | Media | Likes

Pinned Tweet
**Dr.M.Naeem** @IeaOffice · May 28
رسالة التهنئة من رئيس وزراء إمارة أفغانستان الإسلامية الحاج الملا محمد حسن أخوند:
أهنئ فخامة الرئيس رجب طيب أردوغان على فوزه في الجولة الثانية من الانتخابات التركية وإعادة انتخابه رئيساً لتركيا.
و أرجو الله سبحانه لتركيا والتي لها أهمية خاصة في المنطقة والعالم

1 49 445 19.8K

Show this thread

**Dr.M.Naeem** @IeaOffice · 4h
د رياست الوزراء اقتصادي معاونيت @FDPM_AFG · 4h
In Pursuit of Economic Autonomy: The Islamic Emirate of Afghanistan's Emphasis on the Power Sector and Infrastructure Development. 👇

Gas Wind Petroleum

Search Twitter

**You might like**

**Zabihullah (..م الله**
@Zabehulah_M33

**Anas Haqqani(اني**
@AnasHaqqani313

**U.S. Special Re...**
@US4AfghanPeac

Show more

**What's happening**

MLB · Last night
**Yankees at Mariners**

Entertainment · Trending
**jason sudeikis**
4,022 Tweets

Trending in United States
**Virginia**
56.4K Tweets

Entertainment · Trending
**#NancyDrew**
1,540 Tweets

Arts & culture · Trending
**Walt Whitman**
1,972 Tweets

Show more

Terms of Service Privacy Policy Accessibility Ads info More ···

GRAZIOSO
@GRAZIOSO_PLNTFS

*Grazioso v. Taliban - 1:22-cv-01188*
CERTIFICATE OF SERVICE

**EXHIBIT F.2.**

Home
Explore
Notifications
Messages
Lists
Bookmarks
Twitter Blue
Profile
More
Tweet

# Tweet

**GRAZIOSO**
@GRAZIOSO_PLNTFS

@IeaOffice

PUBLIC NOTICE

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN and 1:22-CV-01188-GBD-SN, on August 23, 2022, Plaintiff Deborah Grazioso, as Personal Representative of the Estate of Timothy Grazioso, Deceased, and 246 other Plaintiffs, filed a Second Amended Complaint against the Islamic Emirate of Afghanistan, a/k/a the Taliban, and others in connection with the terrorist attacks in the United States on September 11, 2001. Pursuant to, inter alia, 18 U.S.C. § 2333, 28 U.S.C. § 1331 and § 1332(a)(2) and the Torture Victim Protection Act of 1991, PL 102-256, 106 Stat. 73, the Grazioso Plaintiffs seek judgment in their favor against Defendants, jointly, severally, and/or individually for compensatory and punitive damages in excess of One Billion US Dollars (US $1,000,000,000), plus pre- and post-judgment interest, attorney's fees, costs of this action and further appropriate relief. This is a notice that the pleadings have been filed. The pleadings are available in English and Pashto at the following website: www.wigginschilds.com/grazioso.

10:58 AM · May 31, 2023

View Tweet analytics

Tweet your reply!
Reply

Search Twitter

## Relevant people

**GRAZIOSO**
@GRAZIOSO_PLN

**Dr.M.Naeem**
@IeaOffice
Spokesman of the the Islamic Emirate
سی ا.ا.ا دا.ا.ا دسیاسي دفتر ویاند

## What's happening

WNBA · Last night
**Sky at Dream**

Trending in United States
**Virginia**
58K Tweets

Only on Twitter · Trending
**#ONEPIECE1085**
Trending with Roma

Trending in United States
**Chicago Cardinals**
Trending with Chicago Bears, D

Trending in United States
**Constellation Brands**

Show more

Terms of Service Privacy Policy Accessibility Ads info More ···

*Grazioso v. Taliban - 1:22-cv-01188*
CERTIFICATE OF SERVICE

**EXHIBIT F.2.**

**GRAZIOSO**
@GRAZIOSO_PLNTFS

مذكرة عامة

في محكمة الولايات المتحدة الجزائية للمنطقة الجنوبية من نيويورك، القضية رقم03-1570 MD - GBD-SN-و22:1-CV-01188-GBD-SN، في 2022/08/23، قدمت المدعية ديبورا غرازيوسو، بصفتها الممثلة الشخصية لتركة تيموثي غرازيوسو، المتوفاة، و246 مدعياً أخر، شكوى ثانية معدلة ضد إمارة أفغانستان الإسلامية، وهي طالبان، وغيرها فيما يتعلق بالهجمات الإرهابية التي وقعت في الولايات المتحدة في 2001/11/11.

عملا بجملة أمور منها الفقرات 2333 من الباب 18 من مدونة قوانين الولايات المتحدة، والمادة 1331 من الباب 28 من مدونة قوانين الولايات المتحدة، والمادة 1332(أ)(2) وقانون حماية ضحايا التعذيب لعام 1991، PL 102-256و Stat. 106 73، يلتمس المدعون في غرازيوسو حكما لصالحهم ضد المدعى عليهم، مجتمعين ومنفردين و/أو فرديين، عن تعويضات و/أو عقابية تتجاوز مليار دولار أمريكي (1.000.000.000دولار أمريكي)، بالإضافة إلى الفائدة قبل وبعد الحكم، وأتعاب المحاماة، وتكاليف هذا الإجراء والمزيد من التعويضات المناسبة.

هذا إشعار بإيداع المرافعات.

المرافعات متاحة باللغتين الإنجليزية والباشتو على الموقع الإلكتروني التالي:

www.wigginschilds.com/grazioso

*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

# EXHIBIT F.2.

Home

Explore

Notifications

Messages

Lists

Bookmarks

Twitter Blue

Profile

More

Tweet

Abdul Qahar Balkhi
2,888 Tweets

Follow

**Abdul Qahar Balkhi**
@QaharBalkhi

MoFA Spokesperson, Islamic Emirate of Afghanistan

Kabul mfa.gov.af Joined August 2021

**62** Following **207.8K** Followers

Not followed by anyone you're following

**Tweets** Replies Media Likes

Abdul Qahar Balkhi Retweeted

**Hafiz Zia Ahmad** @HafizZiaAhmad1 · 7h

په بهرنیو چارو وزارت کې د بلغاریا د شهیدانو د کورنیو سره د تعزیت، تسلیت او فاتحې مراسمو کې د بهرنیو چارو وزیر مولوي امیر خان متقي صاحب بشپړه وینا د لاندي یوتیوب لینک څخه کتلای شئ.
youtube.com/watch?v=bPwdJ4...

4 18 146 5,112

Abdul Qahar Balkhi Retweeted

**Hafiz Zia Ahmad** @HafizZiaAhmad1 · May 30

دوهمه برخه:

Search Twitter

## You might like

Anas Haqqani(اني
@AnasHaqqani313

Ammar Yasir
@ammarzamarak

ستخباراتو لوی ریاست
@GDI1415

Show more

## What's happening

MLB · Last night
**Yankees at Mariners**

Trending in United States
**Virginia**
56.5K Tweets

Arts & culture · Trending
**Walt Whitman**
1,986 Tweets

Sports · Trending
**Kenny Lofton**

Entertainment · Trending
**#NancyDrew**
1,540 Tweets

Show more

Terms of Service Privacy Policy Accessibility Ads info More ···

*Grazioso v. Taliban - 1:22-cv-01188*
CERTIFICATE OF SERVICE

**EXHIBIT F.3.**

GRAZIOSO
@GRAZIOSO_PLNTFS

Search Twitter

Home
Explore
Notifications
Messages
Lists
Bookmarks
Twitter Blue
Profile
More

Tweet

## Tweet

GRAZIOSO
@GRAZIOSO_PLNTFS

@QaharBalkhi

11:04 AM · May 31, 2023

View Tweet analytics

Tweet your reply!

Reply

## Relevant people

GRAZIOSO
@GRAZIOSO_PLN

Abdul Qahar Balk
@QaharBalkhi
MoFA Spokesperso
of Afghanistan

## What's happening

WNBA · Last night
**Sky at Dream**

Trending in United States
**Virginia**
55.1K Tweets

Trending in United States
**Constellation Brands**

Trending in United States
**Mike Pence**
4,586 Tweets

Trending in United States
**#OnlineBase**

Show more

Terms of Service Privacy Policy
Accessibility Ads info More ···

*Grazioso v. Taliban - 1:22-cv-01188*
CERTIFICATE OF SERVICE

**EXHIBIT F.3.**

GRAZIOSO
@GRAZIOSO_PLNTFS





Search Twitter

- Home
- Explore
- Notifications
- Messages
- Lists
- Bookmarks
- Twitter Blue
- Profile
- More

Tweet

## Tweet

GRAZIOSO
@GRAZIOSO_PLNTFS

@QaharBalkhi

مذكرة عامة

في محكمة الولايات المتحدة الجزائية للمنطقة الجنوبية من نيويورك، القضية رقم03-1570 MD - GBD-SN و22:1-GBD-SN-01188-CV، في 2022/08/23، قدمت المدعية ديبورا غرازيوسو، بصفتها الممثلة الشخصية لتركة تيموثي غرازيوسو، المتوفاة، و246 مدعياً آخر، شكوى ثانية معدلة ضد إمارة أفغانستان الإسلامية، وهي طالبان، وغيرها فيما يتعلق بالهجمات الإرهابية التي وقعت في الولايات المتحدة في 2001/11/11.

عملا بجملة أمور منها الفقرات 2333 من الباب 18 من مدونة قوانين الولايات المتحدة، والمادة 1331 من الباب 28 من مدونة قوانين الولايات المتحدة، والمادة 1332(أ)(2) وقانون حماية ضحايا التعذيب لعام 1991، PL 102-256 و Stat. 106 73، يلتمس المدعون في غرازيوسو حكما لصالحهم ضد المدعى عليهم، مجتمعين ومنفردين و/أو فرديين، عن تعويضات و/أو عقابية تتجاوز مليار دولار أمريكي (1.000.000.000دولار أمريكي)، بالإضافة إلى الفائدة قبل وبعد الحكم، وأتعاب المحاماة، وتكاليف هذا الإجراء والمزيد من التعويضات المناسبة.

هذا إشعار بإيداع المرافعات.

المرافعات متاحة باللغتين الإنجليزية والباشتو على الموقع الإلكتروني التالي:

www.wigginschilds.com/grazioso

2:24 PM · Jun 6, 2023

View Tweet analytics

Tweet your reply! Reply

### Relevant people

GRAZIOSO
@GRAZIOSO_PLN

Abdul Qahar Balk
@QaharBalkhi
MoFA Spokesperso of Afghanistan

### What's happening

Technology · LIVE
#WWDC23

Sports · Trending
Saudi
164K Tweets

Politics · Trending
The FBI
388K Tweets

Trending in United States
Big 12
12.3K Tweets

Entertainment · Trending
Pete Davidson
10.4K Tweets

Show more

Terms of Service Privacy Policy Accessibility Ads info More ···

*Grazioso v. Taliban - 1:22-cv-01188*
CERTIFICATE OF SERVICE

**EXHIBIT F.3.**

GRAZIOSO
@GRAZIOSO_PLNTFS





Home

Explore

Notifications

Messages

Lists

Bookmarks

Twitter Blue

Profile

More

Tweet

**Qari Yousaf Ahmadi**
6,012 Tweets

Follow

## Qari Yousaf Ahmadi

@QyAhmadi21

Official twitter account, the spokesman of Islamic Emirate of Afghanistan.

kabul,Afghanistan alemarah2.com Joined November 2019

**19** Following **181.5K** Followers

Not followed by anyone you're following

**Tweets** Replies Media Likes

**Qari Yousaf Ahmadi** @QyAhmadi21 · May 24

د افغانستان اسلامي امارت

شماره: ۵۱۸ د وياند دفتر ۱۴۴۴/۱۱/۴ هـ ق

**به وزارتونو او امارتي ادارو کې د مراجعينو لپاره د آسانتياوو برابرولو په هکله د عاليقدر اميرالمؤمنين حفظه الله فرمان**

عن أبي الشماخ الأزدي، عن ابن عم له من أصحاب النبي صلى الله عليه وسلم، أتى معاوية فدخل عليه، فقال: سمعتُ رسول الله صلى الله عليه وسلم يقول: " مَنْ وَلِيَ أمْرًا مِنْ أمْرِ النَّاسِ ثُمَّ أغْلَقَ بَابَهُ دُونَ الْمِسْكِينِ وَالْمَظْلُومِ أوْ ذِي الْحَاجَةِ، أغْلَقَ اللهُ تَبَارَكَ وَتَعَالَى دُونَهُ أبْوَابَ رَحْمَتِهِ عِنْدَ حَاجَتِهِ وَفَقْرِهِ أفْقَرَ مَا يَكُونُ إِلَيْهَا "(أخرجه أحمد)

ژباړه: ابو الشماخ الازدي رحمه الله تعالى د خپل تره له زوی څخه چې د رسول الله صلى الله عليه وسلم صحابي (رضی الله تعالى عنه) دی روايت کوي چې هغه معاويه رضی الله تعالى عنه ته ورغلی او ورته وې ويل، ما له رسول الله صلى الله عليه وسلم څخه اوريدلي دي: چاته چې د مسلمانانو په چارو کې کوم کار وسپارل شي بيا يې خپله دروازه د مسکين، مظلوم او اړمن کس پر مخ وتړله الله تعالى به د هغه پر مخ د هغه د حاجت او فقر پر مهال د خپل رحمت دروازې وتړي، داسې مهال چې هغه به د الله تعالى رحمت ته تر هر وخت ډيره اړتيا لري.

وفي رواية الترمذي: فَجَعَلَ معاويةُ رَجُلاً عَلَى حَوَائِجِ النَّاسِ.

ژباړه: نو له دې وجې څخه معاويه رضی الله تعالى عنه د خلکو د حوائجو پوره کولو لپاره يو کس مؤظف کړ.

د پورتنيو روايتونو له مخې، لاندې مراتب منظوروم:

لومړۍ ماده:

د وزارتونو، مستقلو رياستونو، ستري محکمې، محکمو، ولايتونو، ولايتي رياستونو، امنيه قومندانيو، ولسواليو او د نورو امارتي ادارو مسئولين مکلف دي، چې اړوندو وزارتونو او ادارو ته د مراجعينو د منلو لپاره لازمې آسانتياوې برابرې کړي ترڅو په مستقيم ډول خپل مشکلات مسئولينو ته وړاندې کړي.

دوهمه ماده:

(۱) که چيرې د دې فرمان په لومړۍ ماده کې د درج شويو مراجعو مسئولين د چارو د تراکم او زياتوالي له امله، و نه کړای شي له مراجعينو سره وګوري او ستونزې يې واوري، نو خپل يو استازی دې له مراجعينو سره د کتنې او د هغوی د ستونزو د لرې کولو لپاره توظيف کړي.

(۲) د دې فرمان په لومړۍ ماده کې د درج شويو مراجعو مسئولين مکلف دي، چې ډېر ژر د مراجعينو عريضو او ستونزو ته رسيدګي وکړي.

دريمه ماده:

دغه فرمان د توشيح له نيټې څخه نافذ او په رسمي جريده کې دې خپور شي، والسلام.

اميرالمؤمنين شيخ القرآن والحديث
مولوي هبة الله اخندزاده
۴/۱۱/۱۴۴۴ هـ ق
۳/۳/۱۴۰۲ هـ ش **2023/5/24** م

4 3 62 3,627

**Qari Yousaf Ahmadi** @QyAhmadi21 · May 20

Islamic Emirate of Afghanistan
Commission for Cultural Affairs
Office of the Spokesperson

Date: 1444/10/30Hijri Lunar No. 384

**Statement of the Islamic Emirate of Afghanistan Regarding the Desecration of Al-Aqsa Mosque by the Israeli Occupation**

We have received reports that illegally settled Israelis once again ente
with the support of military forces.

The Islamic Emirate of Afghanistan strongly condemns the desecratic
to this as soon as possible.

Attack on defenseless people and places of worship are against huma
Such actions show that the oppressed and defenseless Palestinian are
oppression of the Israeli occupied regime.

Islamic Emirate of Afghanistan
۱۴۴۴/۱۰/۳۰هـ ق

Search Twitter

## You might like

Anas Haqqani(انی
@AnasHaqqani313

Suhail Shaheen. ن
@suhailshaheen1

Zabihullah (..م الله
@Zabehulah_M33

Show more

## What's happening

MLB · Last night
**Yankees at Mariners**

Trending in United States
**JUST ANNOUNCED**
205K Tweets

Trending in United States
**Virginia**
56.5K Tweets

Trending in United States
**Gulf of Mexico**
2,380 Tweets

Business and finance · Trending
**#MarcusGrants**
1,329 Tweets

Show more

Terms of Service Privacy Policy
Accessibility Ads info More ···

*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

# EXHIBIT F.4.

PUBLIC NOTICE

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN and 1:22-CV-01188-GBD-SN, on August 23, 2022, Plaintiff Deborah Grazioso, as Personal Representative of the Estate of Timothy Grazioso, Deceased, and 246 other Plaintiffs, filed a Second Amended Complaint against the Islamic Emirate of Afghanistan, a/k/a the Taliban, and others in connection with the terrorist attacks in the United States on September 11, 2001. Pursuant to, inter alia, 18 U.S.C. § 2333, 28 U.S.C. § 1331 and § 1332(a)(2) and the Torture Victim Protection Act of 1991, PL 102-256, 106 Stat. 73, the Grazioso Plaintiffs seek judgment in their favor against Defendants, jointly, severally, and/or individually, for compensatory and punitive damages in excess of One Billion US Dollars (US $1,000,000,000), plus pre- and post-judgment interest, attorney's fees, costs of this action and further appropriate relief. This is a notice that the pleadings have been filed. The pleadings are available in English and Pashto at the following website: www.wigginschilds.com/grazioso

*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

# EXHIBIT F.4.

Home
Explore
Notifications
Messages
Lists
Bookmarks
Twitter Blue
Profile
More
Tweet

## Tweet

**GRAZIOSO**
@GRAZIOSO_PLNTFS

@QyAhmadi21

مذكرة عامة

في محكمة الولايات المتحدة الجزائية للمنطقة الجنوبية من نيويورك، القضية رقم03-MD 1570 - GBD-SN و22:1-CV-01188-GBD-SN، في 2022/08/23، قدمت المدعية ديبورا غرازيوسو، بصفتها الممثلة الشخصية لتركة تيموثي غرازيوسو، المتوفاة، و246 مدعياً آخر، شكوى ثانية معدلة ضد إمارة أفغانستان الإسلامية، وهي طالبان، وغيرها فيما يتعلق بالهجمات الإرهابية التي وقعت في الولايات المتحدة في 2001/11/11.

عملا بجملة أمور منها الفقرات 2333 من الباب 18 من مدونة قوانين الولايات المتحدة، والمادة 1331 من الباب 28 من مدونة قوانين الولايات المتحدة، والمادة 1332(أ)(2) وقانون حماية ضحايا التعذيب لعام 1991، PL 102-256 و Stat. 106 73، يلتمس المدعون في غرازيوسو حكما لصالحهم ضد المدعى عليهم، مجتمعين ومنفردين و/أو فرديين، عن تعويضات و/أو عقابية تتجاوز مليار دولار أمريكي (1.000.000.000دولار أمريكي)، بالإضافة إلى الفائدة قبل وبعد الحكم، وأتعاب المحاماة، وتكاليف هذا الإجراء والمزيد من التعويضات المناسبة.

هذا إشعار بإيداع المرافعات.

المرافعات متاحة باللغتين الإنجليزية والباشتو على الموقع الإلكتروني التالي:

www.wigginschilds.com/grazioso

2:24 PM · Jun 6, 2023

View Tweet analytics

Tweet your reply!
Reply

Search Twitter

## Relevant people

**GRAZIOSO**
@GRAZIOSO_PLN

**Qari Yousaf Ahma**
@QyAhmadi21
Official twitter acc spokesman of Islar Afghanistan.

## What's happening

Technology · LIVE
**#WWDC23**

Trending in United States
**Virginia**
44.8K Tweets

Sports · Trending
**Saudi**
164K Tweets

Politics · Trending
**The FBI**
388K Tweets

Trending in United States
**Kakhovka**
395K Tweets

Show more

Terms of Service Privacy Policy
Accessibility Ads info More ···

*Grazioso v. Taliban - 1:22-cv-01188*
CERTIFICATE OF SERVICE

**EXHIBIT F.4.**

**GRAZIOSO**
@GRAZIOSO_PLNTFS




Home
Explore
Notifications
Messages
Lists
Bookmarks
Twitter Blue
Profile
More

Tweet

Suhail Shaheen. محمد سهيل شاهين
2,588 Tweets

Follow

**Suhail Shaheen. محمد سهيل شاهين**
@suhailshaheen1

IEA Permanent Rep-desig. to UN, Head of Political Office, former Negotiations Team's Member دسياسي دفتر مشر، دملګرو ملتونو لپاره نومول شوی دا.ا. ا. دايمي استازی.

Doha, Qatar · Joined February 2019

**263** Following **708.5K** Followers

Not followed by anyone you're following

Tweets | Replies | Media | Likes

**Suhail Shaheen. محمد سهيل شاهين** @suhailshaheen1 · May 28

My heart-felt congratulations to Popular Leader, Recep Tayyip Erdogan, on winning runoff election. I pray for prosperity and development of Türkiye under his wise leadership and hope relations between Afghanistan and Türkiye will boost up further during his presidency.

38 · 64 · 535 · 34.6K

Suhail Shaheen. محمد سهيل شاهين Retweeted

**Ministry of Foreign Affairs - Afghanistan** @MoFA_Afg · May 28

رسالة تهنئة رئيس وزراء إمارة أفغانستان الإسلامية الحاج الملا محمد حسن آخوند:
أهنّئ فوز الرئيس رجب طيب أردوغان في الجولة الثانية بالانتخابات الرئاسية التركية
للسيّد أردوغان وشعب تركيا الشقيق، وأسأل الله العلي القدير أن يجعل من تركيا التي

28 · 127 · 1,081 · 74.9K

Show this thread

Suhail Shaheen. محمد سهيل شاهين Retweeted

**Zabihullah (..ذبـــيح الله م)** @Zabehulah_M33 · May 28

Congratulatory Message of the Prime Minis
Afghanistan on the Results of the President

I would like to extend my heartfelt congratu
Erdoğan on his victory in the second round of elections1/3

Search Twitter

**You might like**

**Anas Haqqani(اني** @AnasHaqqani313

**Zabihullah (..م الله** @Zabehulah_M33

**nunn.asia** @nunnasia

Show more

**What's happening**

MLB · Last night
**Rockies at Diamondbacks**

Trending in United States
**Virginia**
56.5K Tweets

Sports · Trending
**Kenny Lofton**

Trending in United States
**#ONEPIECE1085**
13.7K Tweets

Arts & culture · Trending
**Walt Whitman**
1,986 Tweets

Show more

Terms of Service Privacy Policy Accessibility Ads info More ···

GRAZIOSO
@GRAZIOSO_PLNTFS

*Grazioso v. Taliban - 1:22-cv-01188*
CERTIFICATE OF SERVICE

**EXHIBIT F.5.**

Home

Explore

Notifications

Messages

Lists

Bookmarks

Twitter Blue

Profile

More

Tweet

## Tweet

**GRAZIOSO**
@GRAZIOSO_PLNTFS

@suhailshaheen1

PUBLIC NOTICE

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN and 1:22-CV-01188-GBD-SN, on August 23, 2022, Plaintiff Deborah Grazioso, as Personal Representative of the Estate of Timothy Grazioso, Deceased, and 246 other Plaintiffs, filed a Second Amended Complaint against the Islamic Emirate of Afghanistan, a/k/a the Taliban, and others in connection with the terrorist attacks in the United States on September 11, 2001. Pursuant to, inter alia, 18 U.S.C § 2333, 28 U.S.C § 1331 and § 1332(a)(2) and the Torture Victim Protection Act of 1991, PL 102-256, 106 Stat. 73, the Grazioso Plaintiffs seek judgment in their favor against Defendants, jointly, severally, and/or individually, for compensatory and punitive damages in excess of One Billion US Dollars (US $1,000,000,000), plus pre- and post judgment interest, attorney's fees, costs of this action and further appropriate relief. This is a notice that the pleadings have been filed. The pleadings are available in English and Pashto at the following website: www.wigginschilds.com/grazioso.

11:03 AM · May 31, 2023

View Tweet analytics

Tweet your reply!

Reply

Search Twitter

**Relevant people**

**GRAZIOSO**
@GRAZIOSO_PLN

**Suhail Shaheen.** ن
@suhailshaheen1
IEA Permanent Rep
Head of Political O
Negotiations Team
ونو لپاره نومول شوی
د.ا.ا. دايمي استازی.

**What's happening**

WNBA · Last night
**Sky at Dream**

Entertainment · Trending
**#MutantMayhem**
Trending with Teenage Mutant I

Trending in United States
**Constellation Brands**

Trending in United States
**Stanford**
8,313 Tweets

Trending in United States
**Burning Down The House**

Show more

Terms of Service Privacy Policy
Accessibility Ads info More ··

**GRAZIOSO**
@GRAZIOSO_PLNTFS

*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

**EXHIBIT F.5.**



Home
Explore
Notifications
Messages
Lists
Bookmarks
Twitter Blue
Profile
More
Tweet

Tweet

**GRAZIOSO**
@GRAZIOSO_PLNTFS

@suhailshaheen1

مذكرة عامة

في محكمة الولايات المتحدة الجزائية للمنطقة الجنوبية من نيويورك، القضية رقم03-MD 1570 - GBD-SN-و1:22-CV-01188-GBD-SN، في 2022/08/23، قدمت المدعية ديبورا غرازيوسو، بصفتها الممثلة الشخصية لتركة تيموثي غرازيوسو، المتوفاة، و246 مدعياً آخر، شكوى ثانية معدلة ضد إمارة أفغانستان الإسلامية، وهي طالبان، وغيرها فيما يتعلق بالهجمات الإرهابية التي وقعت في الولايات المتحدة في 2001/11/11.

عملا بجملة أمور منها الفقرات 2333 من الباب 18 من مدونة قوانين الولايات المتحدة، والمادة 1331 من الباب 28 من مدونة قوانين الولايات المتحدة، والمادة 1332(أ)(2) وقانون حماية ضحايا التعذيب لعام 1991، PL 102-256 وStat. 106 73، يلتمس المدعون في غرازيوسو حكما لصالحهم ضد المدعى عليهم، مجتمعين ومنفردين و/أو فرديين، عن تعويضات و/أو عقابية تتجاوز مليار دولار أمريكي (1.000.000.000دولار أمريكي)، بالإضافة إلى الفائدة قبل وبعد الحكم، وأتعاب المحاماة، وتكاليف هذا الإجراء والمزيد من التعويضات المناسبة.

هذا إشعار بإيداع المرافعات.

المرافعات متاحة باللغتين الإنجليزية والباشتو على الموقع الإلكتروني التالي:

www.wigginschilds.com/grazioso

2:25 PM · Jun 6, 2023

View Tweet analytics

Tweet your reply!

Reply

Search Twitter

**Relevant people**

**GRAZIOSO**
@GRAZIOSO_PLN

**Suhail Shaheen. ن**
@suhailshaheen1
IEA Permanent Rep
Head of Political O
Negotiations Team
ونو لپاره نومول شوی
د.ا.ا. دایمي استازی

**What's happening**

Technology · LIVE
**#WWDC23**

Trending in United States
**Virginia**
44.8K Tweets

Sports · Trending
**Saudi**
164K Tweets

Politics · Trending
**The FBI**
388K Tweets

Entertainment · Trending
**Pete Davidson**
10.3K Tweets

Show more

Terms of Service Privacy Policy
Accessibility Ads info More ···

*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

**EXHIBIT F.5.**

Home

Explore

Notifications

Messages

Lists

Bookmarks

Twitter Blue

Profile

More

Tweet

Zabihullah (..ذبـــيح الله م)
34.2K Tweets

Search Twitter

ذبيح الله مجاهد

د افغانستان اسلامي امارت ويندوی

سخنگوی امارت اسلامی افغانستان

Following

Zabihullah (..ذبـــيح الله م)
@Zabehulah_M33

Official Twitter Account of the Spokesman of Islamic Emirate of Afghanistan, Zabihullah Mujahid

alemarahpashto.com Joined April 2017

112 Following 861.1K Followers

Not followed by anyone you're following

Tweets Replies Media Likes

Zabihullah (..ذبـــيح الله م) Retweeted

Hafiz Zia Ahmad @HafizZiaAhmad1 · May 30

دوهمه برخه:

16 96 413 19.8K

Show this thread

Zabihullah (..ذبـــيح الله م) Retweeted

Hafiz Zia Ahmad @HafizZiaAhmad1 · May 30

په بهرنيو چارو وزارت کې دهغه (۱۸) تنه هيوادوالو، چې اروپا ته پر لار يې بلغاريا کې ژوند له لاسه ورکړی وو، د کورنيو د غرو سره د تعزيت، تسليت او فاتحې د مراسمو په غونډه کې د بهرنيو چارو وزير مولوي امير خان متقي صاحب وينا.

اوله برخه:

You might like

Anas Haqqani(اني
@AnasHaqqani313

Ashraf Ghani
@ashrafghani

ستخباراتو لوی رياست
@GDI1415

Show more

What's happening

MLB · Last night
Yankees at Mariners

Trending in United States
Virginia
55.2K Tweets

Trending in United States
Chicago Cardinals
Trending with Chicago Bears, D

Business and finance · Trending
Jamie Dimon
3,285 Tweets

Trending in United States
Constellation Brands

*Grazioso v. Taliban - 1:22-cv-01188*
CERTIFICATE OF SERVICE

**EXHIBIT F.6.**

GRAZIOSO
@GRAZIOSO_PLNTFS

Search Twitter

Home

Explore

Notifications

Messages

Lists

Bookmarks

Twitter Blue

Profile

More

Tweet

## Tweet

**GRAZIOSO**
@GRAZIOSO_PLNTFS

@Zabehulah_M33

PUBLIC NOTICE

In the United States District Court for the Southern District of New York, Case Nos. 03-MD-1570-GBD-SN and 1:22-CV-01188-GBD-SN on August 23, 2022, Plaintiff Deborah Grazioso, as Personal Representative of the Estate of Timothy Grazioso, Deceased, and 246 other Plaintiffs, filed a Second Amended Complaint against the Islamic Emirate of Afghanistan, a/k/a the Taliban, and others in connection with the terrorist attacks in the United States on September 11, 2001. Pursuant to, inter alia, 18 U.S.C. § 2333, 28 U.S.C. § 1331 and § 1332(a)(2) and the Torture Victim Protection Act of 1991, PL 102-256, 106 Stat. 73, the Grazioso Plaintiffs seek judgment in their favor against Defendants, jointly, severally, and/or individually, for compensatory and punitive damages in excess of One Billion US Dollars (US $1,000,000,000), plus pre- and post-judgment interest, attorney's fees, costs of this action and further appropriate relief. This is a notice that the pleadings have been filed. The pleadings are available in English and Pashto at the following website: www.wigginschilds.com/grazioso

11:07 AM · May 31, 2023

View Tweet analytics

Tweet your reply!

Reply

## Relevant people

**GRAZIOSO**
@GRAZIOSO_PLN

**Zabihullah (..ذبيح الله م)**
@Zabehulah_M33
Official Twitter Acc
Spokesman of Isla
Afghanistan, Zabih

## What's happening

MLB · Last night
**Braves at Athletics**

Trending in United States
**Burning Down The House**

Trending in United States
**Constellation Brands**

Trending in United States
**Virginia**
55.2K Tweets

Trending in United States
**#OnlineBase**

Show more

Terms of Service Privacy Policy
Accessibility Ads info More ···

**GRAZIOSO**
@GRAZIOSO_PLNTFS

*Grazioso v. Taliban - 1:22-cv-01188*
CERTIFICATE OF SERVICE

**EXHIBIT F.6.**

Tweet

GRAZIOSO
@GRAZIOSO_PLNTFS

@Zabehulah_M33

مذكرة عامة

في محكمة الولايات المتحدة الجزائية للمنطقة الجنوبية من نيويورك، القضية رقم03-MD 1570 - GBD-SN و22:1-CV-01188-GBD-SN، في 2022/08/23، قدمت المدعية ديبورا غرازيوسو، بصفتها الممثلة الشخصية لتركة تيموثي غرازيوسو، المتوفاة، و246 مدعياً آخر، شكوى ثانية معدلة ضد إمارة أفغانستان الإسلامية، وهي طالبان، وغيرها فيما يتعلق بالهجمات الإرهابية التي وقعت في الولايات المتحدة في 2001/11/11.

عملا بجملة أمور منها الفقرات 2333 من الباب 18 من مدونة قوانين الولايات المتحدة، والمادة 1331 من الباب 28 من مدونة قوانين الولايات المتحدة، والمادة 1332(أ)(2) وقانون حماية ضحايا التعذيب لعام 1991، PL 102-256 وStat. 106 73، يلتمس المدعون في غرازيوسو حكما لصالحهم ضد المدعى عليهم، مجتمعين ومنفردين و/أو فرديين، عن تعويضات و/أو عقابية تتجاوز مليار دولار أمريكي (1.000.000.000دولار أمريكي)، بالإضافة إلى الفائدة قبل وبعد الحكم، وأتعاب المحاماة، وتكاليف هذا الإجراء والمزيد من التعويضات المناسبة.

هذا إشعار بإيداع المرافعات.

المرافعات متاحة باللغتين الإنجليزية والباشتو على الموقع الإلكتروني التالي:

www.wigginschilds.com/grazioso

2:26 PM · Jun 6, 2023

View Tweet analytics

Tweet your reply!

Reply

Search Twitter

## Relevant people

GRAZIOSO
@GRAZIOSO_PLN

Zabihullah (..م الله
@Zabehulah_M33
Official Twitter Acc
Spokesman of Isla
Afghanistan, Zabih

## What's happening

Technology · LIVE
#WWDC23

Politics · Trending
The FBI
388K Tweets

Sports · Trending
Saudi
165K Tweets

Entertainment · Trending
Pete Davidson
10.4K Tweets

Trending in United States
Virginia
44.8K Tweets

Show more

Terms of Service Privacy Policy
Accessibility Ads info More ··

*Grazioso v. Taliban - 1:22-cv-01188*
**CERTIFICATE OF SERVICE**

**EXHIBIT F.6.**