**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001   :
                                                :
                                                :   1:03 MDL 1570 (GBD)(SN)
                                                :
-------------------------------------------------------------------X

This Document Relates to
*Grazioso, et al. v. The Taliban, et al.*
1:22-cv-01188 (GBD)(SN)

# EXHIBIT A

to the

**AFFIDAVIT OF DENNIS G. PANTAZIS, ESQ. IN SUPPORT OF APPLICATION FOR CERTIFICATE OF DEFAULT**



# Transaction Receipt

05/26/2023 05:37 PM

## KEEP THIS FOR YOUR RECORDS

The following shipment(s) were dropped off:  (1 of 1)

7722 6425 3265

At FedEx Office:
280 S Main St
Doylestown, PA 18901
Location: SFGKI

Device ID: Doylestown-SFGKI-FUSE

Let us know how we did:

### fedex.com/welisten

Thank you for using FedEx. See invoice for shipping charges. Visit us at fedex.com or call 1.800.GoFedEx. See FedEx Service Guide at fedex.com for terms and conditions governing your shipment.

Part # 156297-435  RRDB2  EXP 05/24

Page 1 of 1

(https://www.fedex.com/en-us/home.html)

Sign Up or Log In

FedEx® Tracking

SCHEDULED DELIVERY DATE
# Pending

ON TIME

**DELIVERY STATUS**
In Transit 

**TRACKING ID**
772264253265 ✏️ ☆

**FROM**
DOYLESTOWN, PA US
*Label Created*
5/26/2023 7:18 AM

**PACKAGE RECEIVED BY FEDEX**
FORT WASHINGTON, PA
5/26/2023 6:21 PM

**IN TRANSIT**
At FedEx destination facility
DOHA QA
6/5/2023 10:00 AM

**OUT FOR DELIVERY**

**TO**
DOHA, QA
*Scheduled Delivery Date*
Pending

↓ View travel history

Want updates on this shipment? Enter your email and we will do the rest!

**YOUR EMAIL**

**SUBMIT**

MORE OPTIONS

Alerts (1)   ∧

 No scheduled delivery date available at this time.

(https://www.fedex.com/en-us/home.html)

## Shipment facts



### Shipment overview

**TRACKING NUMBER**   772264253265

**SHIP DATE**   5/26/23

**STANDARD TRANSIT**   6/3/23 before 8:00 pm

**SCHEDULED DELIVERY**   Pending



### Services

**SERVICE**   FedEx International Economy

**TERMS**   Shipper

**SPECIAL HANDLING SECTION**   Deliver Weekday



### Package details

**WEIGHT**   1.3 lbs / 0.59 kgs

**TOTAL PIECES**   1

**TOTAL SHIPMENT WEIGHT**   1.3 lbs / 0.59 kgs

**PACKAGING**   FedEx Envelope

↑ Back to top

## Travel history

Ascending

Local Scan Time

[https://www.fedex.com/en-us/home.html](https://www.fedex.com/en-us/home.html)

- 7:18 AM
  **Shipment information sent to FedEx**

- 5:37 PM
  **Picked up**
  DOYLESTOWN, PA

- 6:21 PM
  **Picked up**
  FORT WASHINGTON, PA

- 7:51 PM
  **Left FedEx origin facility**
  FORT WASHINGTON, PA

Saturday, 5/27/2023

- 9:00 AM
  **Arrived at FedEx hub**
  MEMPHIS, TN

Sunday, 5/28/2023

- 10:08 AM
  **In transit**
  MEMPHIS, TN

- 6:21 PM
  **In transit**
  MEMPHIS, TN

- 6:22 PM
  **Departed FedEx hub**
  MEMPHIS, TN

Monday, 5/29/2023

- 10:15 AM
  **Arrived at FedEx hub**
  ROISSY CHARLES DE GAULLE CEDEX FR

- 5:55 PM
  **In transit**
  ROISSY CHARLES DE GAULLE CEDEX FR

- 6:20 PM
  **Departed FedEx hub**
  ROISSY CHARLES DE GAULLE CEDEX FR


[FedEx logo] (https://www.fedex.com/en-us/home.html)

- 12:12 AM
  **At destination sort facility**
  DOHA QA

- 12:13 AM
  **In transit**
  Package available for clearance
  DOHA QA

- 7:00 AM
  **International shipment release – Import**
  DOHA QA

- 7:57 AM
  **At local FedEx facility**
  DOHA QA

- 8:00 AM
  **On FedEx vehicle for delivery**
  DOHA QA

- 9:58 AM
  **Delay**
  Shipment Refused by recipient.
  DOHA QA

- 5:55 PM
  **At local FedEx facility**
  DOHA QA

Thursday, 6/1/2023

- 10:00 AM
  **At local FedEx facility**
  DOHA QA

Saturday, 6/3/2023

- 10:30 AM
  **At local FedEx facility**
  DOHA QA

Sunday, 6/4/2023

- 10:30 AM
  **At local FedEx facility**
  DOHA QA

Monday, 6/5/2023

- → 10:00 AM
  **At local FedEx facility**
  DOHA QA

↑ Back to top

