UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001   :
:
:   1:03 MDL 1570 (GBD)(SN)
:
-------------------------------------------------------------------X

This Document Relates to
<u>Grazioso, et al. v. The Taliban, et al.</u>
1:22-cv-01188 (GBD)(SN)

# EXHIBIT B

to the

**AFFIDAVIT OF DENNIS G. PANTAZIS, ESQ. IN SUPPORT OF APPLICATION FOR CERTIFICATE OF DEFAULT**

# USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all SHADED fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

RH003749124US

**SENDER'S INFORMATION**

- Last Name: Fleming
- Full First Name: Tim
- Business Name (if applicable): Wiggins Childs
- Sender's Telephone: 205...0505
- Address-1: The Kress Bldg.
- Address-2: 301 19th St. North
- City: Birmingham
- State: AL
- ZIP Code: 35203

**ADDRESSEE'S INFORMATION**

- Last Name: Ambassador
- Business Name: Embassy of Afghanistan
- Addressee's Telephone: 974 4493 2119
- Address-1: P.O. Box 22104
- Address-2: West Bay, Istoolal St.
- City: Doha
- Country: Qatar

**SHIPMENT INFORMATION**

- 7. Sender's Email Address: TFmellon3@aol
- 23. Sender's Signature and Date: June 21, 2023

**Category of Items:** Document

**Detailed Description of Contents:** Legal Pleadings — Quantity 1 — Lbs/Oz: 1/3 — Value: $0

Form 2976-R, April 2016   PSN 7530-17-000-7992

IMPORTANT: This package may be opened officially.

4 – Sender's Copy

---

**Registered No.** RH003749124US

- Postage: $34.50
- Registered Mail: $19.05
- Return Receipt (hardcopy): $0.00
- Return Receipt (electronic): $0.00
- Restricted Delivery: $0.00
- Total Postage & Fees: $53.55
- Customer Must Declare Full Value: $0.00
- Received by: 06/21/2023
- Date Stamp: 0001 09  JUN 21 2023

FROM: Doylestown PA — Wiggins Childs Quinn, The Kress Bldg, Birmingham, ALA

TO: Embassy of Afgan, West Bay Isteolal St, P.O. Box 22104, Doha Qatar

PS Form 3806, Registered Mail Receipt, April 2015, PSN 7530-02-000-9051

Copy 1 - Customer

---

UNITED STATES POSTAL SERVICE

DOYLESTOWN
8 ATKINSON DR
DOYLESTOWN, PA 18901-9998
(800)275-8777

06/21/2023                          03:12 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Package Intl Service Qatar Weight: 1 lb 2.70 oz | 1 | | $34.50 |


Go to www.usps.com to track your shipment
Registered #: RH003749124US

| Registered | | | $19.05 |
|---|---|---|---|
| Amount: $0.00 | | | |
| Total | | | $53.55 |



W., C., Q. & P. "LAW FIRM
THE KRESS BLDG." / 301 19
                    ST. NORTH
Birmingham, ALABAMA
35203

The Embassy of Afghanistan
West Bay, Isteolal Street
P.O. Box: 22104
Doha, Qatar