```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-01570 (GBD)(SN)

ORDER

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    <u>Grazioso v. the Taliban</u>, No. 22-cv-01188 (GBD)(SN)
    <u>Maher v. World Assembly of Muslim Youth</u>, No. 23-cv-02845 (GBD)(SN)

    A conference is scheduled for Monday, March 10, 2025, at 3:00 p.m. to discuss the parties' interest in holding an evidentiary hearing to establish liability against the Taliban. <u>See</u> ECF No. 10725. Counsel interested in attending the conference must email Courtroom Deputy Diljah Shaw at Netburn_NYSDChambers@nysd.uscourts.gov to receive a dedicated call-in number. If this date is unavailable for any party, they must also contact Courtroom Deputy Shaw at the email provided. Members of the public may listen to the conference on the Court's teleconferencing line by calling (855) 244-8681 and entering the Access Code 23142707008.

**SO ORDERED.**

                                        SARAH NETBURN
                                        United States Magistrate Judge

DATED:    March 5, 2025
                New York, New York