UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MD-01570 (GBD)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/2025

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Grazioso v. the Taliban, No. 22-cv-01188 (GBD)(SN)
    Maher v. World Assembly of Muslim Youth, No. 23-cv-02845 (GBD)(SN)

The conference scheduled for Monday, March 10, 2025, at 3:00 p.m. is adjourned. See ECF No. 10761. Once the parties meet and confer, they are directed to file a letter with the Court proposing new dates for an in-person conference to discuss their interest in holding an evidentiary hearing to establish liability against the Taliban.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 7, 2025
                 New York, New York