UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    Grazioso v. the Taliban, No. 22-cv-01188 (GBD)(SN)
    Maher v. World Assembly of Muslim Youth, No. 23-cv-02845 (GBD)(SN)

    The Court has directed the parties to file a letter proposing new dates for an in-person conference to discuss their interest in holding an evidentiary hearing to establish liability against the Taliban. ECF No. 10771. The parties have indicated that, while they meet and confer, their motions requesting such a hearing and seeking a default judgment based on that hearing should be put on hold. Accordingly, the Clerk of the Court is respectfully directed to terminate the motions at ECF Nos. 10720 and 10725.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    June 10, 2025
               New York, New York